1  **PANAKOS LAW, APC**
   Aaron D. Sadock (SBN 282131)
2  555 West Beech Street, Suite 500
   San Diego, California 92101
3  Telephone:    (619) 800-0529
   Facsimile:    (866) 365-4856
4
   Attorneys for Michael J. Pratt
5

6

7

8

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11 | In re                                  | Case No. **'19CV0160 MMA BLM**
12 | MICHAEL J. PRATT,                      | NOTICE OF REMOVAL OF ACTION
13 |                           Debtor.      |
   | United States Bankruptcy Court,        |
14 | Southern District of California        |
   | Case No. 19-00271-LT13                 |
15

16 | ──────────────────────────────          |
17 | JANE DOE NOS. 1-14, inclusive,         |
   | individuals;                           |
18 |            Plaintiffs,                 |
   | v.                                     |
19
20 | GIRLSDOPORN.COM, a business            |
   | organization, form unknown; MICHAEL J. |
21 | PRATT, an individual; et al.,          |
22 |            Defendants.                 |
   | LEAD CASE:                             |
23 | Case No. 37-2016-00019027-CU-FR-CTL    |
24 | CONSOLIDATED WITH:                     |
   | Case No. 37-2017-00043712-CU-FR-CTL    |
25 | Case No. 37-2017-00033321-CU-FR-CTL    |

26

27 | / / / /

28 | / / / /

-1-

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Michael J. Pratt ("Defendant") hereby submits this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1452 and Federal Rule of Bankruptcy Procedure 9027 and removes the action to the United States District Court for the Southern District of California.

1. Michael J. Pratt, the debtor in the above-referenced bankruptcy case ("Debtor"), filed a Voluntary Petition under Chapter 13 of Title 11, of the United States Code in the United States Bankruptcy Court, Southern District of California on January 23, 2019, as Case No. 19-00271-LT13.

2. On or about June 2, 2016, an action was commenced against Debtor in the Superior Court of the State of California, County of San Diego, as Lead Case No. 37-2016-00019027-CU-FR-CTL, Consolidated with Case No. 37-2017-00043712-CU-FR-CTL and Case No. 37-2017-00033321-CU-FR-CTL, and entitled JANE DOE NOS. 1-14, Plaintiffs, v. GIRLSDOPORN.COM; and MICHAEL J. PRATT, et al., Defendants (the "State Court Action").

3. The action described in the foregoing paragraph is a civil action of which this Court has jurisdiction under the provisions of 28 U.S.C. § 1334(b). Michael J. Pratt, a defendant in that action, is the Debtor in the above-referenced case under Title 11 of the United States Code. In the State Court action, Plaintiffs seek a money judgment against Debtor and to collect any judgment obtained therein, which relates to property of the estate and claims against the estate. Because the State Court Action has been pending since 2016, the process and pleadings in that case are voluminous. True and correct copies of all process and pleadings in the State Court action will be filed upon request of this Court.

4. The action is one which may be removed to this Court pursuant to 28 U.S.C. § 1452. Upon removal, the action is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B). If referred to the Bankruptcy Court, all Defendants whom Plaintiffs have served with complaints and summonses and not dismissed in the State Court Action consent to entry of final orders or

judgment by the Bankruptcy Court.

5. The other defendants in the State Court Action whom Plaintiffs have served with complaints and summonses and not dismissed are: ANDRE GARCIA, an individual; MATTHEW WOLFE, an individual; BLL MEDIA, INC., a California corporation; BLL MEDIA HOLDINGS, LLC, a Nevada limited liability company; DOMI PUBLICATIONS, LLC, a Nevada limited liability company; EG PUBLICATIONS, INC., a California corporation; M1M MEDIA, LLC, a California limited liability company; BUBBLEGUM FILMS, INC., a business organization, form unknown; MERRO MEDIA, INC., a California corporation; MERRO MEDIA HOLDINGS, LLC, a Nevada limited liability company.

6. Defendant will promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of San Diego – Central Division.

WHEREFORE, Defendant prays that the above State Court Action now pending in the Superior Court of California, County of San Diego – Central Division, bearing Lead Case No. 37-2016-00019027-CU-FR-CTL, Consolidated with Case No. 37-2017-00043712-CU-FR-CTL and Case No. 37-2017-00033321-CU-FR-CTL entitled JANE DOE NOS. 1-14, Plaintiffs, v. GIRLSDOPORN.COM; and MICHAEL J. PRATT, et al., Defendants, be removed to this Court, and for such further relief as may be just and proper.

DATED: January 24, 2019               **PANAKOS LAW, APC**

By: _____
     Aaron D. Sadock
     Attorneys for Michael J. Pratt

-3-