**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Suite 500
San Diego, California 92101
Telephone:  (619) 800-0529
Facsimile:  (866) 365-4856

**LAW OFFICES OF DANIEL A. KAPLAN**
Daniel A. Kaplan (SBN 179517)
555 West Beech Street, Suite 230
San Diego, California 92101
Telephone:  (619) 685-3988
Facsimile:  (619) 684-3239

Attorneys for Defendants
Girlsdoporn.com, Michael J. Pratt,
Andre Garcia, Matthew Wolfe,
BLL Media, Inc., BLL Media Holdings,
LLC, EG Publications, Inc., M1M Media,
LLC, Merro Media, Inc., and Merro Media
Holdings, LLC

George D. Rikos (SBN 204864)
**LAW OFFICES OF GEORGE RIKOS**
225 Broadway, Suite 2100
San Diego, California 92101
Telephone:  (858) 342-9161
Facsimile:  (858) 724-1453

Attorneys for Defendant
DOMI Publications, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

-1-
DEFENDANTS' NOTICE OF JOINT MOTION AND JOINT MOTION FOR DISCOVERY SANCTIONS

-2-

| | |
|---|---|
| JANE DOE NOS. 1-14, inclusive, individuals;<br><br>Plaintiffs,<br><br>v.<br><br>GIRLSDOPORN.COM, a business organization, form unknown; MICHAEL J. PRATT, an individual; ANDRE GARCIA, an individual; MATTHEW WOLFE, an individual; BLL MEDIA, INC., a California corporation; BLL MEDIA HOLDINGS, LLC, a Nevada limited liability company; DOMI PUBLICATIONS, LLC, a Nevada limited liability company; EG PUBLICATIONS, INC., a California corporation; MlM MEDIA, LLC, a California limited liability company; BUBBLEGUM FILMS, INC., a business organization, form unknown; OH WELL MEDIA LIMITED, a business organization, form unknown; MERRO MEDIA, INC., a California corporation; MERRO MEDIA HOLDINGS, LLC, a Nevada limited liability company; and ROES 1 - 500, inclusive,<br><br>Defendants. | Case No. 19cv0160-WQH-BLM<br><br>**DEFENDANTS' NOTICE OF JOINT MOTION AND JOINT MOTION FOR DISCOVERY SANCTIONS**<br><br>**Date:**    TBD<br>**Time:**   TBD<br>**Judge:**  Hon. Barbara L. Major<br><br>Filed: January 24, 2019<br><br>[IMAGED FILE] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on a date and at a time to be determined by the Hon. Barbara L. Major[1], in Suite 1110 on the 11th Floor of the above entitled court located at 333 West Broadway, San Diego, CA 92101, Defendants DOMI PUBLICATIONS, LLC, GIRLSDOPORN.COM, MICHAEL J. PRATT, ANDRE GARCIA, MATTHEW WOLFE, BLL MEDIA, INC., BLL MEDIA HOLDINGS, LLC, EG PUBLICATIONS, INC., M1M MEDIA, LLC, MERRO MEDIA, INC.,

---

[1] George Rikos, counsel for defendant Domi Publications, LLC, spoke with Judge Major's clerk, Brittany, who advised him that Judge Major would issue a scheduling order and set a hearing date upon receipt of the moving papers.

and MERRO MEDIA HOLDINGS, LLC (collectively, "Defendants"), will jointly move the Court for discovery sanctions against Plaintiffs and their counsel, including the exclusion of any all testimony from Audrey Pina and Kailyn Wright at trial, striking their deposition testimony, and the imposition a monetary sanction against Plaintiffs and their attorneys of $5,650, with $3,150 to defendant Domi Publications, LLC, and $2,500 to the remaining defendants listed above.

This Joint Motion is brought pursuant to Federal Rules of Civil Procedure rules 26 and 37, and Local Rule 83.1, on the grounds that Plaintiffs conducted discovery in violation of (1) the Court's January 25, 2019 Scheduling Order (Dkt. # 5), (2) the stay issued in the State Court Action, and (3) Federal Rules of Civil Procedure rule 26(d)(1) prohibiting discovery before the Rule 26(f) conference.

This Joint Motion is based on this Notice of Joint Motion, the concurrently filed Memorandum of Points and Authorities, Declaration of George D. Rikos, Declaration of Aaron D. Sadock, and all of the pleadings, transcripts, and records on file in this action, and such other further argument or evidence as may be presented or judicially noticed at the time of hearing on this Joint Motion.

Date: February 8, 2019                **LAW OFFICES OF GEORGE RIKOS**

                                      By:   */s/ George Rikos*
                                            George Rikos
                                            Attorneys for Defendant
                                            DOMI Publications, LLC

Date: February 8, 2019                **PANAKOS LAW, APC**

                                      By:   */s/ Aaron D. Sadock*
                                            Aaron D. Sadock
                                            Attorneys for Defendants

Date: February 8, 2019

**LAW OFFICES OF DANIEL A. KAPLAN**

By: */s/ Daniel A. Kaplan*
Daniel A. Kaplan
Attorneys for Defendants