**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Suite 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:    (866) 365-4856

Attorneys for Defendants Girlsdoporn.com,
Michael J. Pratt, Andre Garcia, Matthew
Wolfe, BLL Media, Inc., BLL Media Holdings,
LLC, EG Publications, Inc., M1M Media, LLC,
Merro Media, Inc., and Merro Media Holdings,
LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1-14, inclusive, individuals;<br><br>       Plaintiffs,<br><br>v.<br><br>GIRLSDOPORN.COM, a business organization, form unknown; MICHAEL J. PRATT, an individual; ANDRE GARCIA, an individual; MATTHEW WOLFE, an individual; BLL MEDIA, INC., a California corporation; BLL MEDIA HOLDINGS, LLC, a Nevada limited liability company; DOMI PUBLICATIONS, LLC, a Nevada limited liability company; EG PUBLICATIONS, INC., a California corporation; M1M MEDIA, LLC, a California limited liability company; BUBBLEGUM FILMS, INC., a business organization, form unknown; OH WELL MEDIA LIMITED, a business organization, form unknown; MERRO MEDIA, INC., a California corporation; MERRO MEDIA HOLDINGS, LLC, a Nevada limited liability company; and ROES 1 - 500, inclusive,<br><br>       Defendants. | Case No. 19cv0160-WQH-BLM<br><br>**DECLARATION OF AARON D. SADOCK IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR DISCOVERY SANCTIONS**<br><br>**Date:**     TBD<br>**Time:**     TBD<br>**Judge:**    Hon. Barbara L. Major<br><br> Filed: January 24, 2019<br><br>     [IMAGED FILE] |

-1-

I, Aaron D. Sadock, declare:

1.  I am an attorney at law duly authorized to practice in the State of California. My law firm, Panakos Law, A.P.C., are attorneys of record for Michael J. Pratt, Andre Garcia, Matthew Wolfe, BLL Media, Inc., BLL Media Holdings, Inc., EG Publications, Inc. M1M Media, LLC, Bubblegum Films, Inc. Merro Media, Inc., Merro Media Holdings, LLC, both collectively and individually (hereinafter "Defendants"). I am familiar with the files, pleadings and facts of this case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify competently about them.

2.  Primary defendant Michael Pratt filed Chapter 13 bankruptcy on January 23, 2019. A true and correct copy of the Notice of Chapter 13 Bankruptcy Case is attached as **Exhibit A**.

3.  Mr. Pratt's bankruptcy counsel, Ahren Tiller, served all counsel of record in San Diego County Superior Court Case No. 37-2016-00019027-CU-FR-CTL, which is consolidated with Case Nos. 37-2017-00043712- CU-FR-CTL and 37-2017-00033321- CU-FR-CTL (collectively, "State Court Action"), with Notice of Bankruptcy Filing via email that same day. A true and correct copy of Mr. Tiller's email and attachment providing notice of the bankruptcy filing is attached as **Exhibit B**.

4.  My co-counsel in the State Court Action, The Law Offices of Daniel A. Kaplan, filed a Notice of Stay of Proceedings in the State Court Action and served Plaintiffs with the filing via One Legal electronic service that day as well. A true and correct copy of the Notice of Stay of Proceedings with proof of service is attached as **Exhibit C**.

5.  I emailed Plaintiffs' counsel Ed Chapin the afternoon of January 23, 2019, to inform him that all scheduled depositions were canceled until further notice given the bankruptcy stay. Mr. Chapin and Plaintiffs' counsel Brian Holm both

DECLARATION OF AARON D. SADOCK ISO DEFENDANTS' JOINT
MOTION FOR DISCOVERY SANCTIONS

responded that Plaintiffs will continue to conduct discovery despite the stay. A true and correct copy of my January 23, 2019 email correspondence with Mr. Chapin and Mr. Holm is attached as **Exhibit D**.

6.   The following day, January 24, 2019, Mr. Pratt filed a Notice of Removal of San Diego County Superior Court Case No. 37-2016-00019027-CU-FR-CTL and the two consolidated cases, Case Nos. 37-2017-00043712-CU-FR-CTL and 37-2017-00033321-CU-FR-CTL, to the United States District Court, Southern District of California, pursuant to 28 U.S.C. §§ 1441 and 1452 and Federal Rule of bankruptcy Procedure rule 9027, in both state and federal court. All defendants who had appeared in the State Court Actions consented to the removal. A true and correct copy of the Notice of Removal filed in the State Court Action and served on Plaintiffs is attached as **Exhibits E**.

7.   I, as well as counsel for all parties, appeared at a previously-scheduled hearing in the State Court Action shortly after Mr. Pratt filed the Notice of Removal. At the January 24, 2019 hearing, Judge Joel R. Wohlfeil stayed the State Court Action due to the removal. A true and correct copy of the Court's January 24, 2019 Minute Order is attached as **Exhibit F**.

8.   At the hearing, Plaintiffs' counsel Brian Holm informed the Court that Plaintiffs intended to continue conducting discovery, including the depositions of subpoenaed third parties, despite the State Court Action stay, bankruptcy stay, and removal to federal court. A true and correct copy of relevant portions of the certified transcript from the January 24, 2019 hearing is attached as **Exhibit G**.

9.   On January 25, 2019, Magistrate Judge Barbara L. Major issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference. (Dkt. # 5.) Therein, she ordered the parties to conduct a Rule 26(f) conference on or before February 6, 2019, and to attend an Early Neutral Evaluation Conference on February 27, 2019.

DECLARATION OF AARON D. SADOCK ISO DEFENDANTS' JOINT MOTION FOR DISCOVERY SANCTIONS

10. Later that same day, Plaintiffs served my office with their First Exchange of Expert Witness Information in the stayed and removed State Court Action. Plaintiffs also filed and served two reply briefs in the State Court Action in support of their two discovery motions: Plaintiffs' Motion to Compel Panakos Law, APC's Compliance with Plaintiffs' Subpoena for Production of Business Records, and Plaintiffs' Motion to Compel Glick Law Group, Inc.'s Compliance with Plaintiffs' Subpoena for Production of Business Records. A true and correct copy of the proofs of service for Plaintiffs' discovery pleadings are attached as **Exhibit H**. However, ironically, Plaintiffs did not file oppositions to Defendants' discovery motions that were due the following business day.

11. Plaintiffs also served my office with a notice of deposition of Michael Shapiro, CPA, with request for production of documents in the State Court Action, even though Defendants' motion to quash the last subpoena to Mr. Shapiro was still pending, and the case was stayed and removed to federal court. A true and correct copy of the deposition notice I received on January 25, 2019, is attached as **Exhibit I**.

12. I reminded Plaintiffs' counsel of the automatic bankruptcy stay via email on January 28, 2019, in part because I had reason to believe that Plaintiffs were conducting a deposition of a subpoenaed third party in the State Court Action that day. In response, Mr. Holm reconfirmed his intentions to continue discovery despite the stay, and suggested that I and my co-counsel work out the stay issue with our "carrier." A true and correct copy of my January 28, 2019 email correspondence with Mr. Holm is attached as **Exhibit J**.

13. I later confirmed that Mr. Holm did proceed with the deposition of subpoenaed third-party Audrey Pina on January 28, 2019, in Arizona. Defense counsel did not attend the deposition in compliance with the stay, the District Court's Scheduling Order, and Federal Rules of Civil Procedure. The final certified

-4-

DECLARATION OF AARON D. SADOCK ISO DEFENDANTS' JOINT MOTION FOR DISCOVERY SANCTIONS

transcript of Ms. Pina's deposition is not yet available, therefore a true and correct copy of relevant portions of the rough transcript I received from the court reporter is attached as **Exhibit K**. If the Court wishes, I can submit a copy of the certified transcript next week once it becomes available. Based upon my review of the rough transcript, Mr. Holm never informed Ms. Pina of the stays or removal that relieved her of the obligation to testify pursuant to Plaintiffs' State Court Action subpoena.

14. Mr. Holm also conducted a deposition of another subpoenaed third party, Kailyn Wright, on January 29, 2019, also in Arizona. Again, defense counsel did not attend the deposition in order to comply with the stays, the District Court's Scheduling Order, and Federal Rules of Civil Procedure. Plaintiffs named Ms. Wright as a defendant in this case; but, to my knowledge, have never served her with a summons or complaint. Based upon my review of the rough transcript of Ms. Wright's deposition, Mr. Holm did not inform her that she is a named defendant at any time during the deposition, or that the case was stayed or removed to federal court, thereby relieving her of the obligation to testify pursuant to Plaintiffs' State Court Action subpoena. A true and correct copy of relevant portions of the rough transcript of Ms. Wright's deposition is attached as **Exhibit L**. If the Court wishes, I can submit a copy of the certified transcript next week once it becomes available.

15. George Rikos, counsel for co-defendant Domi Publications, LLC, corresponded with Plaintiffs' counsel Ed Chapin via email regarding Plaintiffs' repeated violations of the stays, scheduling order, and Federal Rules of Civil Procedure. Mr. Chapin insisted that no violations were taking place, and advised Mr. Rikos and other defense counsel to worry about preparation of their defense rather than what Plaintiffs are doing. The Declaration of George Rikos also filed in support support of this Motion for Sanctions contains these emails as exhibits.

DECLARATION OF AARON D. SADOCK ISO DEFENDANTS' JOINT
MOTION FOR DISCOVERY SANCTIONS

16. Plaintiffs also subpoenaed two other third-party witnesses (Morgan Fille and Taylor Rodgers) for depositions that were to take place on February 1 and February 2, 2019, in Florida and North Carolina. Per Mr. Holm's representations at the January 24, 2019 hearing, and learning that the other third-party depositions went forward earlier that week without defense counsel, I believed that Mr. Holm would conduct these depositions as well. However, at the Rule 26(f) conference Plaintiffs' counsel informed me for the first time that the depositions were canceled.

17. On February 5, 2019, I was advised by defendant Michael Pratt that he received emails from GoDaddy, Inc. and Domains by Proxy, LLC indicating that they had been served with subpoenas for business records issued by Plaintiffs' counsel Brian Holm seeking information relating to Mr. Pratt and/or his companies and/or his websites. Neither my office nor my co-counsel's office has any record of being served with these subpoenas. Plaintiffs' counsel ignored the substance of Mr. Rikos' email meet and confer attempts with Plaintiffs' counsel regarding these business record subpoenas.

18. According to the subpoenaed witnesses, the deadline to object was February 6, 2019.  Thus, Defendants were forced to prepare and serve letters of objection to the production of the subpoenas on GoDaddy, Inc. and Domains by Proxy, LLC informing them of the stay and removal. At the Rule 26(f) conference the following day, Plaintiffs' counsel finally confirmed that they failed to serve Defendants with the two subpoenas; however, they were unsure as to whether the subpoenaed witnesses had been informed of the service failure, the stays, or the removal. Despite repeated requests, Plaintiffs have still not provided Defendants with copies of these subpoenas.

19. Defendants also had to inform two other third parties whom Plaintiffs served with business record subpoenas (Epoch.com, LLC and CCBill, LLC) of the

DECLARATION OF AARON D. SADOCK ISO DEFENDANTS' JOINT
MOTION FOR DISCOVERY SANCTIONS

stays and removal relieving them of the obligation to produce the subpoenaed records.

20. My clients, including Mr. Pratt, have incurred at least $1,500 in attorney's fees related to Plaintiffs' refusal to abide by the January 25, 2019 Scheduling Order and the Federal Rules of Civil Procedure. The approximately five hours at $300 per hour spent on this issue include (1) correspondence with Plaintiffs' counsel, (2) researching legal issues pertaining to the stay, removal, and Plaintiffs' actions, (3) preparing and sending correspondence to four third parties Plaintiffs subpoenaed to inform them of the stays and removal, (4) performing investigation to determine what discovery Plaintiffs were conducting in violation of the stay, removal, and federal rules, and (5) assisting Mr. Rikos with preparation of this motion, including preparation of this declaration and exhibits. Additionally, my clients will incur approximately $1,000 in costs for the deposition transcripts, including rough drafts, for Audrey Pina and Kailyn Wright. Defendants can submit invoices for these transcripts upon receipt. Defendants seek reimbursement of these attorney's fees and deposition transcript costs for a total of $2,500.

I declare under penalty of perjury under the laws of the State of California that the information contained in this declaration is true and correct to the best of my knowledge.

Executed this 8<u>th</u> day of February, 2019 at San Diego, California.

*/s/ Aaron D. Sadock*
Aaron D. Sadock, Esq.

-7-
DECLARATION OF AARON D. SADOCK ISO DEFENDANTS' JOINT MOTION FOR DISCOVERY SANCTIONS

**EXHIBIT A**

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Michael J. Pratt | Social Security number or ITIN: | 203–21–4355 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| Debtor 2: | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ | |
| (Spouse, if filing) | | EIN: __–_____ | |
| United States Bankruptcy Court: | Southern District of California | Date case filed for chapter: | 13   1/23/19 |
| Case number: | 19–00271–LT13 | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael J. Pratt | |
| 2. | **All other names used in the last 8 years** | aka Mike Pratt, aka Michael James Pratt | |
| 3. | **Address** | 10375 Cervaza Baja Drive Escondido, CA 92026 | |
| 4. | **Debtor's attorney** Name and address | Ahren A. Tiller Bankruptcy Law Center 1230 Columbia St., Ste. 1100 San Diego, CA 92101 | Contact phone (619) 894–8831 Email atiller@blc-sd.com |
| 5. | **Bankruptcy trustee** Name and address | Thomas H. Billingslea 401 West A Street, Suite 1680 San Diego, CA 92101 | Contact phone (619) 233–7525 Email:  None |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse 325 West F Street San Diego, CA 92101–6991 | Hours open: 9:00am – 4:00pm  Contact phone 619–557–5620 |

Exhibit A
Page 1 of 4

Debtor **Michael J. Pratt**                                                                                  Case number 19–00271–LT13

| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 1, 2019 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location: Office of the U.S. Trustee, First Floor, Room 1234 (B), 880 Front Street, San Diego, CA 92101** |
|---|---|---|---|

| 8. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file: • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/30/19** |
|---|---|---|---|
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/3/19** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/22/19** |
| | | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.casb.uscourts.gov/sites/casb/files/documents/forms/410.pdf or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. | **Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and notice of the hearing on confirmation will be sent separately. |
|---|---|---|
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.casb.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |

Exhibit A
Page 2 of 4

021790      5250402181101 0

SAT-52504 0974-3 309I 19-00271
Ahren A. Tiller
1230 Columbia St., Ste. 1100
San Diego, CA 92101

021790  21790 1 AB 0.405  92101  3 9  8729-1-21790

Panakos Law APC
555 West Beech St., Ste. 500
San Diego, CA 92101-2995

# Electronic Bankruptcy Noticing

## Go Green!
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
**http://bankruptcynotices.uscourts.gov**

Exhibit A
Page 3 of 4

Debtor **Michael J. Pratt**                                                      Case number **19–00271–LT13**

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay filing fees pursuant to the Federal Rules of Bankruptcy Procedure 1006(b). This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements required by the Federal Rules of Bankruptcy Procedure 1007, a Chapter 13 plan required by the Federal Rules of Bankruptcy Procedure 3015, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## PLAN and CLAIMS INFORMATION

In order to participate in the distribution of any dividend, a creditor must file a claim, even if the creditor is not on the list of creditors. Claims not filed by 4/3/19 will not be allowed except as provided by law.

A hearing on confirmation of the plan will be held only if written objections to confirmation (form CSD 1172) and Notice of Hearing (form CSD 1173) are timely filed with the Clerk, Bankruptcy Court, pursuant to Local Bankruptcy Rule 3015. If no objection is filed, the plan may be confirmed without further notice and will be binding on all creditors. The Court may authorize attorney fees that are in compliance with the Chapter 13 Fee Guidelines (G.O. 173) unless written objection is filed. A copy of the Guidelines is available on the internet at:

http://www.casb.uscourts.gov/pdf/Ch13Atty_fee_guidelines.pdf

Objections to the confirmation of the plan, together with the notice of hearing required by Local Bankruptcy Rule 3015–5 and proof of service are required to be filed and served no later than seven (7) days after the conclusion of the 341(a) meeting.

You may obtain a hearing date and time by calling the Courtroom Deputy at 619–557–6018.

## SPECIAL NOTICE TO DEBTORS

If the Debtor failed to file complete schedules and/or a plan at the time this notice was prepared, the Debtor is required to notice all creditors (CSD 1101) pursuant to Local Rule 1007–4 by sending them a copy of the schedules and/or the plan.

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Certificate of Debtor(s) Education in Personal Financial Management Course no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b).

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619–557–5013.

page 3

For the Court:
Barry K. Lander
U.S. Bankruptcy Court

Dated: 1/24/19

Exhibit A
Page 4 of 4

021790                                           **52504021811029**

**EXHIBIT B**

| From: | Ahren Tiller |
|---|---|
| To: | cyandel@sanfordheisler.com; Ed Chapin; brian@holmlawgroup.com; John O'Brien; Fernando Salazar; Cara Van Dorn; carrie@cagoldberglaw.com; ClydeDeWitt@earthlink.net; rowlett@pvflaw.com; feasby@pvflaw.com; Aaron Sadock; Daniel Kaplan; ali@danielkaplanlaw.com; Bonnie McKnight; george@georgerikoslaw.com |
| Cc: | Derek Soinski; Brett Bodie |
| Subject: | NOTICE OF BANKRUPTCY FILING - In Re Michael J. Pratt - CASD BK Case No.: 19-00271-LT13 |
| Date: | Wednesday, January 23, 2019 12:58:09 PM |
| Attachments: | Notice of Bankruptcy Filing.pdf |

All:

Please see the attached Notice of Bankruptcy filing for the above referenced case: *In Re Michael Pratt,* which was filed in the Southern District of California Bankruptcy Court, with Case No. 19-00271-LT13.

Mr. Pratt has sought relief under the Bankruptcy Code.   As you may be aware, 11 U.S.C 362(a)(1), states in pertinent part, "...**a petition filed under section 301,** 302, or 303 of this title...**operates as a stay, applicable to all entities, of—(1) the commencement or continuation,** including the issuance or employment of process, **of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title**, or to recover a claim against the debtor that arose before the commencement of the case under this title;..."

Your respective offices are being mailed notice of the filing by the Bankruptcy Court's Noticing Center.  However, the purpose of this email is to ensure your firms had actual notice of the pending bankruptcy case, and to advise your respective firms that 11 USC 362 prohibits your clients from proceeding forward with the currently pending lawsuits entitled Does 1-22 vs. Michael. J. Pratt, et. al..

Please feel free to call or email me if you have any questions or concerns regarding the above.

Sincerely,


*Ahren A. Tiller, Esq.*
Supervising Attorney
Bankruptcy Law Specialist
CA State Bar Board of Legal Specialization
Business Bankruptcy Law Specialist, &
Consumer Bankruptcy Law Specialist
American Board of Certification
Real Estate Broker - CA BRE # 01920711

**BLC Law Center, APC**
1230 Columbia St. Suite 1100
San Diego, CA 92101
Ph:  619-894-8831
Fax: 866-444-7026
www.blc-sd.com


**San Diego - Vista - Orange County - Los Angeles - Encino - Ventura**

Exhibit B
Page 1 of 3



CONFIDENTIALITY NOTICE:  This email is a confidential communication between the sender and the intended recipient(s)  Any inadvertent disclosure is not a waiver of privilege   See *Chrysler Corp. v. Sheridan* 2001 WL 773099

Exhibit B
Page 2 of 3

United States Bankruptcy Court
Southern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 01/23/2019 at 12:41 PM and filed on 01/23/2019.



**Michael J. Pratt**
10375 Cervaza Baja Drive
Escondido, CA 92026
SSN / ITIN: xxx-xx-4355
*aka* **Mike Pratt**
*aka* **Michael James Pratt**

The case was filed by the debtor's attorney:

**Ahren A. Tiller**
Bankruptcy Law Center
1230 Columbia St., Ste. 1100
San Diego, CA 92101
(619) 894-8831

The bankruptcy trustee is:

**Thomas H. Billingslea**
401 West A Street, Suite 1680

San Diego, CA 92101
(619) 233-7525

The case was assigned case number 19-00271-LT13 to Judge Laura S. Taylor.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.casb.uscourts.gov or at the Clerk's Office, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6991.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Barry K. Lander**
**Clerk, U.S. Bankruptcy**
**Court**

Exhibit B
Page 3 of 3

**EXHIBIT C**

**CM-180**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>THE LAW OFFICES OF DANIEL A. KAPLAN<br>   Daniel A. Kaplan (SBN 179517) Alexandra R. Byler (SBN 294307)<br>   555 West Beech Street, Suite 230, San Diego, CA 92101<br>   TELEPHONE NO.: 619-685-3988   FAX NO. (Optional):<br>   E-MAIL ADDRESS (Optional): dkaplan@danielkaplanlaw.com<br>   ATTORNEY FOR (Name): Defendants Girlsdoporn.com, et al. | *FOR COURT USE ONLY* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY AND ZIP CODE: San Diego 92101<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER:  Jane Does Nos. 1-14<br><br>DEFENDANT/RESPONDENT:  Girlsdoporn.com, et al. | |

| NOTICE OF STAY OF PROCEEDINGS | LEAD CASE NUMBER:<br>37-2016-00019027-CU-FR-CTL<br>JUDGE: Hon. Joel R. Wohlfeil<br>DEPT.:  C-73 |
|---|---|

**To the court and to all parties:**

1.  Declarant *(name):* Daniel A. Kaplan

   a. ☑ is ☐ the party ☑ the attorney for the party  who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay
       has not appeared in this case or is not subject to the jurisdiction of this court.

2.  This case is stayed as follows:

   a. ☐ With regard to all parties.

   b. ☑ With regard to the following parties *(specify by name and party designation):* Michael Pratt

3.  Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the
       bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number,
       debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing
       arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the
       client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/23/2019

Daniel A. Kaplan
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
*www.courtinfo.ca.gov*

Exhibit C
Page 1 of 4

United States Bankruptcy Court
Southern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 13 of the United States
Bankruptcy Code, entered on 01/23/2019 at 12:41 PM
and filed on 01/23/2019.



**Michael J. Pratt**
10375 Cervaza Baja Drive
Escondido, CA 92026
SSN / ITIN: xxx-xx-4355
*aka* **Mike Pratt**
*aka* **Michael James Pratt**

The case was filed by the debtor's attorney:        The bankruptcy trustee is:

**Ahren A. Tiller**                                  **Thomas H. Billingslea**
Bankruptcy Law Center                                401 West A Street, Suite 1680
1230 Columbia St., Ste. 1100
San Diego, CA 92101                                  San Diego, CA 92101
(619) 894-8831                                       (619) 233-7525

The case was assigned case number 19-00271-LT13 to Judge Laura S. Taylor.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://www.casb.uscourts.gov or at the Clerk's Office, Jacob
Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6991.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Barry K. Lander**
**Clerk, U.S. Bankruptcy**
**Court**

Exhibit C
Page 2 of 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN DIEGO – CENTRAL DIVISION

*Jane DOES Nos. 1-14 v. GIRLSDOPORN.COM, et al.*
 San Diego Superior Court Case No 37-2016-00019027-CU-FR-CTL

Consolidated with Case Nos.:
 37-2017-00033321-CU-FR-CTL and 37-2017-00043712-CU-FR-CTL

I, Julianne E. Roth, declare as follows:

      I am employed by a member of the bar of the State of California.  I am over the age of 18 and not a party to the within action; my business address is 555 West Beech Street, Suite 230, San Diego, California 92101.

      On, January 23, 2019, I served true and correct copies of the foregoing document(s) described as:

      **NOTICE OF STAY OF PROCEEDINGS WITH NOTICE OF BANKRUPTCY CASE FILING ATTACHMENT**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed as follows:

| | |
|---|---|
| John J. O'Brien, Esq.<br>THE O'OBRIEN LAW FIRM, APLC<br>750 B. Street, Suite 3300<br>San Diego, CA 92101<br>john@theobrienlawfirm.com | *Attorney for Plaintiffs* |
| Brian M. Holm, Esq.<br>HOLM LAW GROUP, PC<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>brian@holmlawgroup.com | *Attorney for Plaintiffs* |
| Carrie Goldberg<br>C.A. GOLDBERG, PLLC<br>16 Court Street, Suite 2500<br>Brooklyn, NY 11241<br>carrie@cagoldberglaw.com | *Attorney for Plaintiffs* |
| George D. Rikos, Esq.<br>Law Offices of George Rikos<br>225 Broadway, Ste. 2100<br>San Diego, CA 92101<br>george@georgerikoslaw.com | *Attorney for Defendant DOMI Publications, LLC* |

Exhibit C

Page 3 of 4

Ed Chapin, Esq.                           *Attorneys for Plaintiffs*
echapin@sanfordheisler.com
Cara Van Dorn, Esq.
cvandorn@sanfordheisler.com
Sanford, Heisler Sharp, LLP
655 West Broadway, Suite 1700
San Diego, CA 92101

☐ **BY U.S. MAIL** (C.C.P. § 1013(a)) I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with United States postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or posted meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC TRANSMISSION-ONE LEGAL** (C.C. P. § 1010.6(6)) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail address(es) listed.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY OVERNIGHT DELIVERY** (C.C. P. § 1013(c)) I am readily familiar with the firm's practice of collection and processing correspondence for mailing with Overnite Express and Federal Express.  Under that practice, it would be deposited with Overnite Express and/or Federal Express on that same day thereon fully prepaid at San Diego California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY FACSIMILE** (C.C. P. § 1013(e)) Based on agreement of the parties to accept service by fax transmission, I faxed the documents on this date to the person(s) at the fax numbers listed.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which I printed out, is attached.

☐ **BY PERSONAL SERVICE** (C.C. P. § 1011(a)) I served the documents by placing them in an envelope or package addressed to the person(s) at the addresses listed and providing them to a professional messenger service for service on this date.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2019, in San Diego, California.


*/s/ Julianne E. Roth*
Julianne E. Roth

**EXHIBIT D**

| | |
|---|---|
| **From:** | Brian Holm |
| **To:** | Ed Chapin |
| **Cc:** | Aaron Sadock; Daniel A. Kaplan; George Rikos; John O'Brien; Cara Van Dorn; Christopher Yandel; Fernando Salazar; Bonnie McKnight; Ali Byler; Anna King; Julianne Roth |
| **Subject:** | Re: Tentative Rulings |
| **Date:** | Wednesday, January 23, 2019 10:29:43 PM |
| **Attachments:** | 19-0117_2nd Amend Depo Notice & RFP - JD 21.pdf |
| | 19-0109_2nd Amended Depo Notice & RFP - JD 18 & POS.pdf |
| | 19-0108_Amended Notice of Depo & RFP JD3 Vol II & POS.pdf |
| | 19-0108_Amend Depo Notice & RFP JD20 & POS.pdf |

Counsel,

Defendants fail to cite any authority for the proposition that Pratt's personal bankruptcy stays Plaintiffs' case against the other defendants.  The failure to cite to authority is likely due to the fact that the law says the opposite.  Bankruptcy of one defendant in a multidefendant case does not stay the case as to the remaining defendants. See, *In re Miller* (9th Cir. BAP 2001) 262 BR 499, 503-504 & fn. 6; *Fortier v. Dona Anna Plaza Partners* (10th Cir. 1984) 747 F2d 1324, 1329-1330; *Queenie, Ltd. v. Nygard Int'l* (2nd Cir. 2003) 321 F3d 282, 287.  To obtain stay protection for a nondebtor, the debtor/trustee must file an adversary proceeding for a preliminary injunction (11 USC § 105) barring creditors from taking action against the nondebtor.  See, *In re Excel Innovations, Inc.* (9th Cir. 2007) 502 F3d 1086, 1094-1095; *In re American Hardwoods, Inc.* (9th Cir. 1989) 885 F2d 621, 624-626; *In re Family Health Services, Inc.* (BC CD CA 1989) 105 BR 937.

"Section 362(a)(1) applies only to actions against a debtor. Here, in the action in which the subpoenas were issued, Appellants conceded that Groner's claims against Debtor were stayed. Nonetheless, Groner's claims against Henry were not stayed, and Groner was entitled to continue prosecution of those claims. See *Chugach Timber Corp. v. Northern Stevedoring & Handling Corp. (In re Chugach Forest Products, Inc.)*, 23 F.3d 241, 246 (9th Cir.1994), quoting *Advanced Ribbons and Office Products, Inc. v. U.S. Interstate Distributing, Inc. (In re Advanced Ribbons and Office Products, Inc.)*, 125 B.R. 259, 263 (9th Cir. BAP 1991) ("[The automatic stay] does not protect non-debtor parties or their property. [Citations omitted]. Thus, section 362(a) does not stay actions against guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the debts of the debtor.")."  *In re Miller, supra* at 503-504.

Pratt's bankruptcy filing has no bearing on Plaintiffs' claims against every other defendant to this action.  Mr. Rikos' cancellation of the deposition today was clearly erroneous and a contrived attempt to delay trial.  Indeed, under the holding *In re Miller, supra,* Plaintiffs could subpoena Pratt himself to appear for deposition since he is a witness for Plaintiffs' claims against Garcia, Wolfe and the entity defendants.

Based on the foregoing, we will be conducting discovery and proceeding to trial as scheduled against Wolfe, Garcia, BLL Media  Inc., BLL Media Holdings, LLC, Domi Publications, LLC, EG Publicaitons, Inc., Bubblegum Films, Inc., Merro Media, Inc., Sidle Media Limited, Oh Well Media Limited and M1M Media, Inc.  The stay does not affect them.  Also, we are confident we will receive relief from stay as it relates to Pratt before the March 8th trial date.  Our claims against him are non-dischargeable.  See 11 USC 523(a)(2)(A).  Even if they were dischargeable, the claims are currently unliquidated must be tried before the bankruptcy court could even approve of a Chapter 13 plan.  A motion for relief from stay must be heard within 30 days of being filed.  Obtaining relief from stay for Plaintiffs' claims against Pratt before the March 8th trial date is therefore all but assured.

Over two months ago, Defendants noticed Jane Doe No. 21's deposition to take place on January 25th.  Jane Doe No. 21 has already made the cross-country flight from New York City based on

Exhibit D

Page 1 of 4

this deposition notice and will be appearing at Veritext on Friday as noticed.  (See attached.)  Defendants noticed Jane Doe No. 21's deposition in Salt Lake City on January 25th.  (See attached.)   Plaintiffs have already made travel arrangements and will be making the trip to Salt Lake City for the deposition.  She will be appearing as noticed.  Jane Doe No. 3 and Jane Doe No. 20 will also be appearing as noticed by Defendants.  (See attached.)

Plaintiffs will also be moving forward with all other depositions that they have properly noticed.  Defendants' failure to show up at any of these depositions based on their unmeritorious claim that Pratt's personal bankruptcy filing stays the entire case is done at Defendants' own peril.  These plaintiffs will not be made available for deposition again, since discovery will be closed soon.  If Defendants want to depose them, this is their chance.

Brian


On Jan 23, 2019, at 4:24 PM, Ed Chapin <Echapin2@sanfordheisler.com> wrote:

Aaron, you read the stay more expensively than I do. I understand that the case Is stayed only as to Pratt and that the rest of the matter will go forward.  Accordingly, we intend to proceed with discovery, attend hearings as set by the court and of course we will be filing an emergency motion for relief from stay of the bankruptcy filing of Michael Pratt.


Ed Chapin
*CA Managing Partner, bio*
655 West Broadway, Suite 1700, San Diego, CA 92101
**DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253



**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Aaron Sadock <asadock@panakoslaw.com>
**Sent:** Wednesday, January 23, 2019 4:21 PM
**To:** Ed Chapin
**Cc:** Daniel A. Kaplan; George Rikos; Brian Holm; John O'Brien; Cara Van Dorn; Christopher Yandel; Fernando Salazar; Bonnie McKnight; Ali Byler; Anna King; Julianne Roth
**Subject:** Re: Tentative Rulings

Ed,

As you now know this case is stayed and we do not intend to on violating the stay. Thus, all scheduled depositions our off calendar including but not limited the depositions noticed for this coming Friday.

Based on our reading of the tentative ruling the only issue order to meet and confer on was the scope of the subpoenas which we have already come to terms on. In fact, this motion was left on calendar because Mr. Holm forgot to remove it. Please refer to the communications to confirm if needed. If you disagree, we our happy to meet with you or anyone else at our office so this issue could be resolved if/when the stay is removed. We will be at our office until 6:00pm today if you wanted to stop by.

Sincerely,

Aaron D. Sadock, Esq.
*Managing Attorney*


<PanakosLaw_LogoEmail.jpg>


[www.Panakos.law](http://www.Panakos.law)
555 West Beech Street
Suite 500
San Diego, CA 92101
O: (619) 800 - 0529
D: (619) 312 - 4125
[Confidentiality & Legal Notice](#)

> On Jan 23, 2019, at 10:14 AM, Ed Chapin <[Echapin2@sanfordheisler.com](mailto:Echapin2@sanfordheisler.com)> wrote:
>
> Gentlemen and lady,
>
> We are to meet and confer per the court's tentative rulings issued this morning. John O'Brien will return from the MN depo at 5:00 today. I suggest we meet at 5:30 at my office today in an effort to hammer out agreements on the issues as the court instructs.
>
> ## Ed Chapin
> ***CA Managing Partner, bio***
>
> **DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253
>
> 
>
> **New York**
> **Washington, DC**
> **San Francisco**
> **San Diego**
> **Nashville**
> **Baltimore**

Exhibit D
Page 3 of 4

**DISCLAIMER**: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**EXHIBIT E**

1
2
3
4

**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Suite 500
San Diego, California 92101
Telephone:      (619) 800-0529
Facsimile:      (866) 365-4856

5
6
7
8

**LAW OFFICES OF DANIEL A. KAPLAN**
Daniel A. Kaplan (SBN 179517)
Alexandra R. Byler (SBN 294307)
555 West Beech Street, Suite 230
San Diego, California 92101
Telephone:      (619) 685-3988
Facsimile:      (619) 684-3239

9

Attorneys for Defendants

**SUPERIOR COURT OF CALIFORNIA**

10

**COUNTY OF SAN DIEGO – CENTRAL DIVISION**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| | |
|---|---|
| JANE DOE NOS. 1-14, inclusive, individuals;<br><br>        Plaintiffs,<br><br>v.<br><br>GIRLSDOPORN.COM, a business organization, form unknown; MICHAEL J. PRATT, an individual; ANDRE GARCIA, an individual; MATTHEW WOLFE, an individual; BLL MEDIA, INC., a California corporation; BLL MEDIA HOLDINGS, LLC, a Nevada limited liability company; DOMI PUBLICATIONS, LLC, a Nevada limited liability company; EG PUBLICATIONS, INC., a California corporation; MIM MEDIA, LLC, a California limited liability company; BUBBLEGUM FILMS, INC., a business organization, form unknown; OH WELL MEDIA LIMITED, a business organization, form unknown; MERRO MEDIA, INC., a California corporation; MERRO MEDIA HOLDINGS, LLC, a Nevada limited liability company; and ROES 1 - 500, inclusive,<br><br>        Defendants. | LEAD CASE:<br>Case No. 37-2016-00019027-CU-FR-CTL<br><br>CONSOLIDATED WITH:<br>Case No. 37-2017-00043712-CU-FR-CTL<br>Case No. 37-2017-00033321-CU-FR-CTL<br><br>DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 TO UNITED STATES DISTRICT COURT<br><br><br>**Judge:**    Hon. Joel R. Wohlfeil<br>**Dept.:**    C-73<br><br><br>Complaint Filed: June 2, 2016<br>Trial Date: March 8, 2019<br><br>        [IMAGED FILE] |

26

///

27

///

28

///

-1-

1      PLEASE TAKE NOTICE that on the 24th day of January, 2019, Defendant MICHAEL J.

2  PRATT ("Defendant"), filed with the Clerk of the Superior Court of California, County of San

3  Diego – Central Division, a true and correct copy of the Notice of Removal of Action under 28

4  U.S.C. § 1441, which was filed in the United States District Court for the Southern District of

5  California.  A true and correct copy of the Notice of Removal is attached hereto as **Exhibit "A"**.

6  DATED:   January _27_, 2019       **PANAKOS LAW, APC**

7

8      By: _____

9         Aaron D. Sadock
         Attorneys for Defendants

-2-

Exhibit E

Page 2 of 11

# EXHIBIT A

Exhibit E
Page 3 of 11

1   **PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
2   555 West Beech Street, Suite 500
San Diego, California 92101
3   Telephone:   (619) 800-0529
Facsimile:   (866) 365-4856
4
Attorneys for Michael J. Pratt
5

6

7

8

9                 **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11   In re                               Case No.

12   MICHAEL J. PRATT,             NOTICE OF REMOVAL OF ACTION

13                 Debtor.
United States Bankruptcy Court,
14   Southern District of California
Case No. 19-00271-LT13
15

16

17   JANE DOE NOS. 1-14, inclusive,
individuals;
18
              Plaintiffs,
19   v.

20   GIRLSDOPORN.COM, a business
organization, form unknown; MICHAEL J.
21   PRATT, an individual; et al.,

22             Defendants.

23   LEAD CASE:
Case No. 37-2016-00019027-CU-FR-CTL
24
CONSOLIDATED WITH:
25   Case No. 37-2017-00043712-CU-FR-CTL
Case No. 37-2017-00033321-CU-FR-CTL
26

27   / / / /

28   / / / /

-1-

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   PLEASE TAKE NOTICE that Defendant Michael J. Pratt ("Defendant") hereby submits this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1452 and Federal Rule of Bankruptcy Procedure 9027 and removes the action to the United States District Court for the Southern District of California.

   1.     Michael J. Pratt, the debtor in the above-referenced bankruptcy case ("Debtor"), filed a Voluntary Petition under Chapter 13 of Title 11, of the United States Code in the United States Bankruptcy Court, Southern District of California on January 23, 2019, as Case No. 19-00271-LT13.

   2.     On or about June 2, 2016, an action was commenced against Debtor in the Superior Court of the State of California, County of San Diego, as Lead Case No. 37-2016-00019027-CU-FR-CTL, Consolidated with Case No. 37-2017-00043712-CU-FR-CTL and Case No. 37-2017-00033321-CU-FR-CTL, and entitled JANE DOE NOS. 1-14, Plaintiffs, v. GIRLSDOPORN.COM; and MICHAEL J. PRATT, et al., Defendants (the "State Court Action").

   3.     The action described in the foregoing paragraph is a civil action of which this Court has jurisdiction under the provisions of 28 U.S.C. § 1334(b).  Michael J. Pratt, a defendant in that action, is the Debtor in the above-referenced case under Title 11 of the United States Code. In the State Court action, Plaintiffs seek a money judgment against Debtor and to collect any judgment obtained therein, which relates to property of the estate and claims against the estate. Because the State Court Action has been pending since 2016, the process and pleadings in that case are voluminous.  True and correct copies of all process and pleadings in the State Court action will be filed upon request of this Court.

   4.     The action is one which may be removed to this Court pursuant to 28 U.S.C. § 1452.  Upon removal, the action is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B). If referred to the Bankruptcy Court, all Defendants whom Plaintiffs have served with complaints and summonses and not dismissed in the State Court Action consent to entry of final orders or

-2-

1    judgment by the Bankruptcy Court.

2        5.     The other defendants in the State Court Action whom Plaintiffs have served with

3    complaints and summonses and not dismissed are: ANDRE GARCIA, an individual;

4    MATTHEW WOLFE, an individual; BLL MEDIA, INC., a California corporation; BLL MEDIA

5    HOLDINGS, LLC, a Nevada limited liability company; DOMI PUBLICATIONS, LLC, a

6    Nevada limited liability company; EG PUBLICATIONS, INC., a California corporation; M1M

7    MEDIA, LLC, a California limited liability company; BUBBLEGUM FILMS, INC., a business

8    organization, form unknown; MERRO MEDIA, INC., a California corporation; MERRO MEDIA

9

10    HOLDINGS, LLC, a Nevada limited liability company.

11        6.     Defendant will promptly file a copy of this Notice with the Clerk of the Superior

12    Court of California, County of San Diego – Central Division.

13        WHEREFORE, Defendant prays that the above State Court Action now pending in the

14

15    Superior Court of California, County of San Diego – Central Division, bearing Lead Case No. 37-

16    2016-00019027-CU-FR-CTL, Consolidated with Case No. 37-2017-00043712-CU-FR-CTL and

17    Case No. 37-2017-00033321-CU-FR-CTL entitled JANE DOE NOS. 1-14, Plaintiffs, v.

18    GIRLSDOPORN.COM; and MICHAEL J. PRATT, et al., Defendants, be removed to this Court,

19    and for such further relief as may be just and proper.

20

21    DATED:   January _27_, 2019             **PANAKOS LAW, APC**

22

23

24                                  By: _____

                                       Aaron D. Sadock

25                                      Attorneys for Michael J. Pratt

26

27

28

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jane Does Nos. 1-22

**(b)** County of Residence of First Listed Plaintiff    n/a
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John J. O'Brien, Esq.
THE O'OBRIEN LAW FIRM, APLC
750 B. Street, Suite 3300

## DEFENDANTS

Girlsdoporn.com, et al.

County of Residence of First Listed Defendant    San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Aaron D. Sadock
555 West Beech Street, Suite 500
San Diego CA 92101

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☒ 3  Federal Question
        *(U.S. Government Not a Party)*

☐ 2  U.S. Government
        Defendant

☐ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☒ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
        Proceeding

☒ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        Another District
        *(specify)*

☐ 6  Multidistrict
        Litigation -
        Transfer

☐ 8  Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 157
Brief description of cause:
Notice of Removal

## VII. REQUESTED IN
## COMPLAINT:

☐  CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☐ Yes    ☐ No

## VIII. RELATED CASE(S)
## IF ANY

*(See instructions):*
JUDGE  Hon. Joel R. Wohlfeil

DOCKET NUMBER  37-2016-19027-CU-FR-CTL

DATE
01/24/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

Exhibit E

Page 7 of 11

# File a New Civil Case - Attorney

## U.S. District Court

## Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Sadock, Aaron on 1/24/2019 at 12:51 PM PST and filed on 1/24/2019

**Case Name:**      Plaintiffs v. Defendants
**Case Number:**    3:19-cv-99999
**Filer:**
**Document Number:** 111

**Docket Text:**
**New Civil Case documents submitted ( Filing fee received: $ 400 receipt number 0974-12123071.) Plaintiff: Jane Does 1-22, Defendant: Girlsdoporn.com, et al. (Attachments: # (1) cover sheet for notice of removal)(Sadock, Aaron)**

**No public notice (electronic or otherwise) sent because the entry is private**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=1/24/2019] [FileNumber=12778401-0] [275fef4ee2e735d762d2d5c0030adca38106879a7311e376f05b25384e6bd9eac8 8d8c4ebf57819c4a8d9992dbe057b80614f48a296ca1fad11bdd6beee111f9]]
**Document description:** cover sheet for notice of removal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=1/24/2019] [FileNumber=12778401-1] [6c2bd6eb544b21f4d29e671c4a5ef14c38879992ec3db7fc00ac7a6d7e7ca06999 75f5d41c49f473681b8ddd1381d6563c160ac4997644ff608bebcce731e263]]

## File a New Civil Case - Attorney

Warning: The transaction you submitted has already been accepted and posted by this system. If your original submission contained an error, you must contact the court for further instructions on how to void it. If this submission was inadvertently submitted (clicking on the Next link on the previous page twice), you may find details about your original submission by viewing your transaction log. Additional information follows:

| Transaction Id | |
|---|---|
| Date/Time of Submission | **2019-01-24 12:51:56** |
| User Name | **Sadock, Aaron** |
| Case Number | **3-19-cv-99999** |
| Document Number | **Dktentry Record Not Found Case ID: 609166 Dktentry Seq No: 223** |
| Text | **New Civil Case documents submitted ( Filing fee received: $ 400 receipt number 0974-12123071.) Plaintiff: Jane Does 1-22, Defendant: Girlsdoporn.com, et al. (Attachments: # (1) cover sheet for notice of removal) (Sadock, Aaron)** |

error:stopCheckLog

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN DIEGO – CENTRAL DIVISION

*Jane DOES Nos. 1-14 v. GIRLSDOPORN.COM, et al.*
San Diego Superior Court Case No 37-2016-00019027-CU-FR-CTL

Consolidated with Case Nos.:
37-2017-00033321-CU-FR-CTL and 37-2017-00043712-CU-FR-CTL

I, Julianne E. Roth, declare as follows:

I am employed by a member of the bar of the State of California.  I am over the age of 18 and not a party to the within action; my business address is 555 West Beech Street, Suite 230, San Diego, California 92101.

On, January 24, 2019, I served true and correct copies of the foregoing document(s) described as:

**DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 TO UNITED STATES DISTRICT COURT**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed as follows:

| | |
|---|---|
| John J. O'Brien, Esq. | *Attorney for Plaintiffs* |
| THE O'OBRIEN LAW FIRM, APLC | |
| 750 B. Street, Suite 3300 | |
| San Diego, CA 92101 | |
| john@theobrienlawfirm.com | |

| | |
|---|---|
| Brian M. Holm, Esq. | *Attorney for Plaintiffs* |
| HOLM LAW GROUP, PC | |
| 12636 High Bluff Drive, Suite 400 | |
| San Diego, CA 92130 | |
| brian@holmlawgroup.com | |

| | |
|---|---|
| Carrie Goldberg | *Attorney for Plaintiffs* |
| C.A. GOLDBERG, PLLC | |
| 16 Court Street, Suite 2500 | |
| Brooklyn, NY 11241 | |
| carrie@cagoldberglaw.com | |

-1-



1
2
3

George D. Rikos, Esq.
Law Offices of George Rikos
225 Broadway, Ste. 2100
San Diego, CA 92101
george@georgerikoslaw.com

*Attorney for Defendant DOMI*
*Publications, LLC*

4
5
6
7

Ed Chapin, Esq.
echapin@sanfordheisler.com
Cara Van Dorn, Esq.
cvandorn@sanfordheisler.com
Sanford, Heisler Sharp, LLP
655 West Broadway, Suite 1700
San Diego, CA 92101

*Attorneys for Plaintiffs*

8
9
10
11

☐ **BY U.S. MAIL** (C.C.P. § 1013(a)) I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with United States postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or posted meter date is more than one day after date of deposit for mailing in affidavit.

12
13
14

☒ **BY ELECTRONIC TRANSMISSION-ONE LEGAL** (C.C. P. § 1010.6(6)) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail address(es) listed.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

15
16
17

☐ **BY OVERNIGHT DELIVERY** (C.C. P. § 1013(c)) I am readily familiar with the firm's practice of collection and processing correspondence for mailing with Overnite Express and Federal Express.  Under that practice, it would be deposited with Overnite Express and/or Federal Express on that same day thereon fully prepaid at San Diego California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

18
19
20

☐ **BY FACSIMILE** (C.C. P. § 1013(e)) Based on agreement of the parties to accept service by fax transmission, I faxed the documents on this date to the person(s) at the fax numbers listed.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which I printed out, is attached.

21
22

☐ **BY PERSONAL SERVICE** (C.C. P. § 1011(a)) I served the documents by placing them in an envelope or package addressed to the person(s) at the addresses listed and providing them to a professional messenger service for service on this date.

23

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24
25

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2019, in San Diego, California.

26
27
28

*/s/ Julianne E. Roth*
Julianne E. Roth

-2-
Proof of Service
Exhibit 10
37-2016-19027-CU-FR-CTL
Page 11 of 11

**EXHIBIT F**

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**CENTRAL**

**MINUTE ORDER**

DATE: 01/24/2019                TIME: 01:30:00 PM        DEPT: C-73

JUDICIAL OFFICER PRESIDING: Joel R. Wohlfeil
CLERK: Andrea Taylor
REPORTER/ERM: Leyla Jones CSR# 12750
BAILIFF/COURT ATTENDANT: R. Camberos

CASE NO: **37-2016-00019027-CU-FR-CTL**  CASE INIT.DATE: 06/02/2016
CASE TITLE: **DOE vs GIRLSDOPORNCOM [IMAGED]**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: Fraud

---

**EVENT TYPE**: Motion Hearing (Civil)
MOVING PARTY: M1M Media LLC, Matthew Wolfe, BLL Media Holdings LLC, EG Publications INC, Merro Media Holdings LLC, Andre Garcia, BLL Media INC, Michael J Pratt, GIRLSDOPORN.COM, Merro Media INC
CAUSAL DOCUMENT/DATE FILED: Motion to Continue Trial, 12/26/2018

---

**EVENT TYPE**: Discovery Hearing
MOVING PARTY: Jane Doe 1
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Discovery, 12/26/2018

---

**EVENT TYPE**: Motion Hearing (Civil)
MOVING PARTY: Domi Publications LLC
CAUSAL DOCUMENT/DATE FILED: Motion for Reconsideration, 12/20/2018

Additional events listed on last page.

---

**APPEARANCES**
Brian M Holm, counsel, present for Respondent on Appeal,Plaintiff(s).
Edward Chapin, counsel, present for Defendant,Respondent on Appeal,Plaintiff(s).
John J O'Brien, counsel, present for Respondent on Appeal,Plaintiff(s).
Daniel A Kaplan, counsel, present for Defendant(s).
George D Rikos, counsel, present for Defendant,Respondent on Appeal,Cross - Appellant,Appellant(s).
Aaron D Sadock, counsel, present for Defendant,Appellant(s).
Attorney Doug Pettit appears on behalf of Attorney Brian Holm.
Attorney Garry McCarthy appears on behalf of non-party CPA Mike Shapiro.
Attorney Alexandra Byler appears on behalf of Defendants.

---

(Clerk's Note: Prior to calendar call the Court approved NBC's media request)

---

DATE: 01/24/2019                          MINUTE ORDER                                    Page 1
DEPT: C-73                                                                          Calendar No. 17

Exhibit F

Page 1 of 3

CASE TITLE: DOE vs GIRLSDOPORNCOM [IMAGED]      CASE NO: **37-2016-00019027-CU-FR-CTL**

This being the time set for motions in the above-entitled cause, counsel are present as noted above.

The Court received on 1/23/19 a Notice of stay of proceedings as to Michael Pratt.

The Court just was handed a Notice of Removal of Action on behalf of all Defendants under 28 U.S.C. § 1441 to United States District Court.

The Court stays this action until the case is remanded, if at all, by the Federal Court.  In the meanwhile, all dates remain on calendar.

CASE TITLE: DOE vs GIRLSDOPORNCOM [IMAGED]    CASE NO: **37-2016-00019027-CU-FR-CTL**

___

ADDITIONAL EVENTS:

___

**EVENT TYPE:** Discovery Hearing
MOVING PARTY: Jane Doe 1
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Discovery, 12/26/2018

___

**EVENT TYPE:** Discovery Hearing
MOVING PARTY: Bubblegum Flims INC, M1M Media LLC, BLL Media Holdings LLC, EG Publications INC, MATTHEW WOLFE, Merro Media Holdings LLC, Andre Garcia, BLL Media INC, Michael J Pratt, GIRLSDOPORN.COM, Merro Media INC
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Discovery Deposition of Jane Doe No 3, 01/03/2019

___

**EVENT TYPE:** Motion to Quash (Civil)
MOVING PARTY: Jane DOE 12, Jane Doe 18, Jane Doe 2, Jane Doe 4, Jane DOE 14, Jane DOE 6, Jane DOE 8, Jane DOE 9, Jane DOE 10, Jane DOE 11, Jane DOE 13, Jane Doe 17, Jane Doe 20, Jane Doe 22, Jane DOE 7, Jane Doe 16, Jane Doe 3, Jane DOE 5, Jane Doe 1, Jane Doe 15, Jane Doe 19, Jane Doe 21
CAUSAL DOCUMENT/DATE FILED: Motion to Quash Subpoena, 12/20/2018

___

**EVENT TYPE:** Motion Hearing (Civil)
MOVING PARTY: M1M Media LLC, BLL Media Holdings LLC, EG Publications INC, BLL Media INC, Michael J Pratt, Merro Media INC
CAUSAL DOCUMENT/DATE FILED: Motion to Disqualify Attorney of Record, 01/03/2019

___

**EVENT TYPE:** Motion Hearing (Civil)
MOVING PARTY: Jane Doe 2, Jane Doe 4, Jane DOE 6, Jane DOE 8, Jane DOE 9, Jane DOE 1, Jane DOE 10, Jane DOE 7, Jane Doe 3, Jane DOE 5
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other and Supporting Documents For Order Re: Defendants Threatening to Sue Deponents During Depositions and For Order Compelling MIchael Shapiro CPA To Produce Documents, 01/02/2019

___

**EVENT TYPE:** Discovery Hearing
MOVING PARTY: Jane DOE 12, Jane Doe 18, Jane Doe 2, Jane Doe 4, Jane DOE 14, Jane DOE 6, Jane DOE 8, Jane DOE 9, Jane DOE 10, Jane DOE 11, Jane DOE 13, Jane Doe 17, Jane Doe 20, Jane Doe 22, Jane DOE 7, Jane Doe 16, Jane Doe 3, Jane DOE 5, Jane Doe 1, Jane Doe 15, Jane Doe 19, Jane Doe 21
CAUSAL DOCUMENT/DATE FILED: Motion - Other for Order Allowing Pretrial Discovery of Defedents Finances and Net Worth, 12/26/2018

___

**EVENT TYPE:** Discovery Hearing
MOVING PARTY: Jane Doe 18, Jane Doe 2, Jane Doe 4, Jane DOE 12, Jane DOE 14, Jane DOE 6, Jane DOE 8, Jane DOE 9, Jane DOE 13, Jane Doe 17, Jane Doe 20, Jane Doe 22, Jane DOE 10, Jane DOE 11, Jane DOE 7, Jane Doe 16, Jane Doe 3, Jane DOE 5, Jane Doe 15, Jane Doe 1, Jane Doe 19, Jane Doe 21
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Discovery Further Responses to Requests for Production of Documents, 12/26/2018

___

**EXHIBIT G**

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO, CENTRAL DIVISION

JANE DOE NOS. 1-14,
inclusive, individuals;

Plaintiffs,

vs.

GIRLSDOPORN.COM, a business
organization, form unknown;
MICHAEL J. PRATT, an
individual; ANDRE GARCIA,
an individual; MATTHEW
WOLFE, an individual; BLL
MEDIA, INC., a California
corporation; BLL MEDIA
HOLDINGS, LLC, a Nevada
limited liability company;
DOMI PUBLICATIONS, LLC, a
Nevada limited liability
company; EG PUBLICATIONS,
INC., a California
corporation; M1M MEDIA,
LLC, a California limited
liability company;
BUBBLEGUM FILMS, INC., a
business organization, form
unknown; OH WELL MEDIA
LIMITED, a business
organization, form unknown;
MERRO MEDIA, INC., a
California corporation;
MERRO MEDIA HOLDINGS, LLC,
a Nevada limited liability
company; and ROES 1-500,
inclusive,

Defendants.

Hon. Joel R. Wohlfeil

CASE NO. 37-2016-
00019027-CU-FR-CTL

CONSOLIDATED WITH:
CASE NO. 37-2017-
00043712-CU-FR-CTL
CASE NO. 37-2017-
00033321-CU-FR-CTL

_____

TRANSCRIPT OF PROCEEDINGS
January 24, 2019
1:31 p.m.

330 West Broadway, Dept. 73
San Diego, California

REPORTED BY:
Leyla S. Jones
CSR No. 12750

Exhibit G
Page 1 of 12

```
 1    APPEARANCES:

 2        For Plaintiffs:

 3            STOKES O'BRIEN
             JOHN J. O'BRIEN, ESQ.
 4           750 B Street, Suite 3300
             San Diego, California 92101
 5           619.696.0017
             john@stokesobrien.com
 6
             -AND-
 7
             HOLM LAW GROUP
 8           BRIAN M. HOLM, ESQ.
             12636 High Bluff Drive, Suite 400
 9           San Diego, CA 92130
             888.483.3323
10           brian@holmlawgroup.com

11           -AND-

12           SANFORD HEISLER SHARP
             EDWARD D. CHAPIN, ESQ.
13           655 West Broadway, Suite 1700
             San Diego, California 92101
14           619.577.4253
             echapin2@sanfordheisler.com
15
         For Defendant Domi Publications:
16
             LAW OFFICE OF GEORGE RIKOS
17           GEORGE RIKOS, ESQ.
             225 Broadway, Suite 2100
18           San Diego, California 92101
             858.724.1453
19           george@georgerikoslaw.com

20       For Defendants Girlsdoporn.com, Bubblegum
         Films, M1M Media, Merro Media, EG
21       Publications, Michael J. Pratt, and Matthew
         Wolfe:
22
             PANAKOS LAW
23           AARON D. SADOCK, ESQ.
             555 West Beech Street, Suite 500
24           San Diego, California 92101
             855.955.5529
25           asadock@panakoslaw.com

26

27

28
```

```
 1    APPEARANCES (Continued):

 2         For Defendants BLL Media, EG Publications,
           Merro Media, M1M Media, and Michael J. Pratt:
 3
               THE LAW OFFICES OF DANIEL A. KAPLAN
 4             DANIEL A. KAPLAN, ESQ.
               ALEXANDRA BYLER, ESQ.
 5             555 West Beech Street, Suite 230
               San Diego, California 92101
 6             619.685.3988
               dkaplan@danielkaplanlaw.com
 7             ali@danielkaplanlaw.com

 8         For CPA Mike Shapiro:

 9             TYSON & MENDES
               GARRY MCCARTHY, ESQ.
10             5661 La Jolla Boulevard
               La Jolla, California 92037
11             858.263.4064
               gmccarthy@tysonmendes.com
12
           For Brian Holm and The Holm Law Group:
13
               PETTIT KOHN INGRASSIA LUTZ & DOLIN
14             DOUGLAS A. PETTIT, ESQ.
               11622 El Camino Real, Suite 300
15             San Diego, California 92130
               858.755.8500
16             dpettit@pettitkohn.com

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1                     San Diego, California;

 2              Thursday, January 24, 2019; 1:31 p.m.

 3

 4              THE COURT:  All right.  Come on up here,

 5     counsel.  This is in the case of Jane Doe -- I

 6     should say Doe vs. Girlsdoporn.com in case number

 7     ending 19027, et cetera.  We got a lot of folks in

 8     the courtroom.  Once you've gotten situated -- I

 9     didn't think after this long I'd see a new face, but

10     I'm seeing a new face.

11              MR. PETTIT:  Yes, Your Honor.

12              THE COURT:  All right.  So from the Court's

13     right all the way to the Court's --

14              And I'm used to you standing over there,

15     Mr. Rikos.

16              -- your appearances, please.

17              MR. PETTIT:  Good morning, Your Honor.

18     Doug Pettit specially appearing on behalf of Brian

19     Holm and The Holm Law Group on the motion to

20     disqualify.

21              MR. O'BRIEN:  Good afternoon, Your Honor.

22     John O'Brien for Plaintiffs.

23              MR. HOLM:  Brian Holm also on behalf of

24     Plaintiffs.

25              MR. CHAPIN:  Edward Chapin on behalf of

26     Plaintiffs.

27              MR. MCCARTHY:  Garry McCarthy for CPA Mike

28     Shapiro.
```

1              THE COURT:  Good to see you, Mr. McCarthy.

2     How are you doing?

3              MR. MCCARTHY:  I'm doing well.

4              THE COURT:  All right.  Counsel?

5              MR. SADOCK:  Aaron Sadock on behalf of some

6     of the defendants.

7              MR. KAPLAN:  Daniel Kaplan, same, on behalf

8     of some of the defendants.

9              MS. BYLER:  Alexandra Byler on behalf of

10    some of the defendants.

11             MR. RIKOS:  And George Rikos on behalf of

12    only one defendant, Domi Publications.  Thank you,

13    Your Honor.

14             THE COURT:  So this may not take as long as

15    I thought it might take, but I understand from

16    somebody communicating to the Court yesterday that

17    Mr. Pratt has filed for bankruptcy.  But in addition

18    to that information, the Court was provided,

19    literally moments ago, with a notice of removal of

20    action, which was filed on behalf of -- was it all

21    defendants?

22             MR. SADOCK:  Yes.  It involved all

23    defendants, Your Honor.

24             THE COURT:  All right.  So let me go to the

25    plaintiffs' side.  Who -- I don't care who speaks,

26    but who's going to take the lead?

27             MR. HOLM:  I can, Your Honor.

28             THE COURT:  All right.  So for the time

Exhibit G
Page 5 of 12

1    being, the limited purpose that I'm asking you to

2    respond -- to address is the notice of removal.

3              MR. HOLM:  Of course.  So we've only been

4    provided notice of a bankruptcy filing by Michael

5    Pratt.  And as I'm sure this Court understands, a

6    bankruptcy filing in a multiple defendant action

7    doesn't stay the case for the other defendants.

8              The removal section that that is filed

9    under is a specific removal section for a bankruptcy

10   debtor.  It's not saying they're removing it under

11   diversity or federal question jurisdiction.  There's

12   an exception carved out under the statute cited

13   there for the bankruptcy debtor, Mr. Pratt.

14             If anything, only his claims have been

15   removed under that code section.  I think it's 1442,

16   off the top of my head.  The Subsection B says you

17   can move to have that remanded for any equitable

18   grounds.  We will be seeking to have that remanded

19   back here, and also a motion for relief from stay.

20   All of those need to be heard within 30 days.  We

21   think we will have those and Mr. Pratt back in this

22   courtroom ready for trial on March 8th.  Regardless,

23   we're ready to proceed against the 20 other

24   defendants in the case.

25             THE COURT:  All right.  Did anybody on the

26   defense want to respond?

27             MR. RIKOS:  I believe it's --

28             MR. SADOCK:  Your Honor, we would like to

1    take the risk of violating a stay that's at their

2    own election.  The removal has been filed.  All of

3    the issues Mr. Holm has brought up, he should and is

4    more than able to go to the bankruptcy court in

5    federal court and address that.  Until that's done,

6    frankly, we shouldn't proceed further.

7              THE COURT:  At least for the time being, I

8    tend to agree with you, Counsel.

9              So the Court is going to stand down until I

10   get an order from the federal court remanding all or

11   part of this case to this court.  If and when the

12   Court receives that -- this department receives that

13   order, everyone should be on notice that we will

14   promptly resume with the balance of these

15   proceedings.  Were the Court to proceed otherwise,

16   I'd be getting a lot of people, including myself, in

17   trouble, and I'm not inclined to go there today.

18             So this department will respect the notice

19   of removal.  And I guess it's now up to the

20   plaintiffs, should you choose to do so, to move with

21   all due speed to get an order which allows this to

22   resume managing this case.

23             Let me go back to Plaintiffs' side.  That

24   might not be what you want to hear, but I'm not so

25   sure I have any discretion to proceed otherwise.

26             MR. HOLM:  I understand this Court's

27   reluctance and deference to the federal court.

28   We've read the authorities.  We don't think they

1    apply.  We think this is a last-minute effort to

2    stop the trial.

3           We've got depositions set tomorrow here and

4    in Salt Lake City.  I fly from there to Phoenix to

5    take two more depositions in Phoenix and Tucson of

6    witnesses that we've subpoenaed.  From there, I fly

7    to Miami to take another deposition of a witness we

8    subpoenaed.

9           We will assess any authorities they send

10   us, but our analysis so far is that they're

11   bankruptcy filings have no stay for anything else

12   other than Michael Pratt, and we will be proceeding

13   with those depositions accordingly.

14          And if they're going to rely on it and the

15   authorities come out in our favor, their failure to

16   show up and take the -- and be in attendance at

17   those depositions falls on their decision to try

18   this last-minute maneuver.  So I just wanted to

19   bring that to the Court's attention.

20          THE COURT:  All right.

21          MR. RIKOS:  From Domi's standpoint,

22   Your Honor, some of the defendants filed a notice of

23   removal.  I received a copy of it in the gallery a

24   few minutes before the hearing, like you did.  I

25   cannot -- I've had notices of removal filed against

26   me in cases.  The notion that somehow -- that some

27   of the parties feel that they can continue with

28   discovery is really a misnomer.

Exhibit G
Page 8 of 12

1          The notice of removal removes it to federal

2    court.  When and if it comes back down, I would like

3    to be able to participate in discovery.  I can't do

4    so, one, without violating the stay; and two, the

5    state court action to which the subpoenas and

6    witnesses are going forward no longer has

7    jurisdiction because it remains in federal court

8    until the federal bankruptcy court sends us back

9    down.  So I cannot be in a situation where I

10   can't -- I'm left to make a judgment call whether to

11   participate in discovery in a case that has now been

12   removed to federal court until such time.

13          So from Domi's perspective, I don't know if

14   the Court can even provide guidance.  But to the

15   extent that the Court can say this matter is either

16   stayed or no longer in this department until such

17   time as an order, I think then discovery cannot

18   proceed.  I can't be responsible for potentially

19   violating the stay or participating in a case that

20   doesn't exist in this department as of right now.

21          MR. CHAPIN:  Well --

22          THE COURT:  One moment.  Did either one of

23   you two want to stay anything?

24          MR. KAPLAN:  No, Your Honor.  I don't.

25          THE COURT:  All right.  Final comment?

26          MR. CHAPIN:  Yes, sir.  Thank you.  Whether

27   the stay is valid is a question that's going to be

28   resolved.  And so for counsel to presume that there

1   is a stay in place that may very well be invalid,

2   then I think he proceeds at his own risk.

3          But we're going to continue with what we

4   believe is what we can do based upon the advice that

5   we received from competent bankruptcy counsel.  And

6   I just want that on the record, then, to advise the

7   Court of that.

8          THE COURT:  All right.  Each of you may be

9   right or not in whole or in part.  I'm not giving

10  any guidelines, any direction whatsoever for the

11  time being.  This department is standing down and

12  will not do anything else unless and until the

13  federal court issues an order remanding this case

14  back to this department.

15         So as of this moment, the Court stays

16  everything.  I'm not vacating anything.  I am simply

17  staying everything as of this moment, and we'll wait

18  to see what the future holds from the federal court.

19         Counsel, thank you all very much.

20         MR. CHAPIN:  Thank you.

21         MS. BYLER:  Your Honor, does that include

22  future hearing dates then?  The hearing dates are

23  not vacated?

24         THE COURT:  Counsel, I said it already

25  once.  I'm going to say it twice.  I'm not vacating

26  anything.  I'm not taking any action.  Everything is

27  stayed as of this moment.  Thank you very much.

28         MR. MCCARTHY:  And I have one request

Exhibit G

Page 10 of 12

 1   before we all adjourn.  I'm not on the service list.

 2   So when this case -- if and when this case gets back

 3   going, I would like to get notice of a new hearing.

 4          THE COURT:  Counsel, everyone has been

 5   fighting real hard in this case, but they're all, in

 6   their own way, civil.  Reach out to one on each

 7   side, and I'm sure that that can be accomplished.

 8          MR. MCCARTHY:  Thank you, sir.

 9          (The proceedings concluded at 1:40 p.m.)

10                        *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
 1   STATE OF CALIFORNIA     )
                             )
 2   COUNTY OF SAN DIEGO     )

 3

 4            I, Leyla S. Jones, a Certified Shorthand

 5   Reporter, do hereby certify:

 6            That prior to being examined, the witness

 7   in the foregoing proceedings was by me duly sworn to

 8   testify to the truth, the whole truth, and nothing

 9   but the truth;

10            That said proceedings were taken before me

11   at the time and place therein set forth and were

12   taken down by me in shorthand and thereafter

13   transcribed into typewriting under my direction and

14   supervision;

15            I further certify that I am neither counsel

16   for, nor related to, any party to said proceedings,

17   nor in any way interested in the outcome thereof.

18            In witness whereof, I have hereunto

19   subscribed my name.

20

21   Dated:  January 25, 2019

22

23   _____
     Leyla S. Jones
24   CSR No. 12750

25

26

27

28
```

Exhibit G
Page 12 of 12

**EXHIBIT H**

## PROOF OF SERVICE
### (Section 1013a, 2015.5 Code of Civ. Proc.)
### State of California, County of San Diego

I am employed in the County of San Diego, State of California.  I am over 18 years of age and not a party to the within action; my business address is 655 W Broadway Suite 1700, San Diego, California 92101.

**Case Name: Jane DOES v. Girlsdoporn.com, et. al**
**Lead Case Number: 37-2016-00019027-CU-FR-CTL**
**Consolidated with: 37-2017-00033321-CU-FR-CTL and 37-2017-00043712-CU-FR-CTL**

On January 25, 2019, I served the following documents described as:

**PLAINTIFFS' FIRST EXCHANGE OF EXPERT WITNESS INFORMATION**

On the interested parties in this action, addressed as follows:

George D. Rikos
Law Office of George Rikos
225 Broadway, Suite 2100, San Diego, CA 92101
Tel: (858) 342-9161
Fax: (866) 365-4856
***Counsel for Defendant DOMI Publications, LLC.***
george@georgerikoslaw.com

Aaron Sadock, Esq.
Panakos Law APC
555 West Beech Street, Suite 500
San Diego, CA 92101
Fax: (866) 365-4856
asadock@panakoslaw.com
***Co-Counsel for Remaining Defendants***

John J. O'Brien
O'BRIEN LAW FIRM, APLC
750 B Street, Suite 3300 THE
San Diego, CA 92101
Tel: 619.535.5151
Fax: (888) 805-6785
john@theobrienlawfirm.com
***Co-Counsel for Plaintiffs***

Daniel Kaplan
Law Offices of Daniel A. Kaplan
555 West Beech Street, Suite 230
San Diego, CA 92101
Tel: (619) 685-3988
Fax: (619) 684-3239
dkaplan@danielkaplanlaw.com
***Co-Counsel for Remaining Defendants***

Brian M. Holm
HOLM LAW GROUP, PC
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: 858.707.5858
brian@holmlawgroup.com
***Co-Counsel for Plaintiffs***

Carrie Goldberg
C.A. GOLDBERG, PLLC
16 Court Street, Suite 2500
Brooklyn, NY 11241
Tel: 646.666.8908
carrie@cagoldberglaw.com
***Co-Counsel for Plaintiffs***

Proof of Service

Exhibit H
Page 1 of 6

___   BY MAIL:   I am readily familiar with the office practice for collection and processing of correspondence for mailing with the United States Postal Service (USPS). The correspondence indicated above would be deposited with the USPS the same date as this declaration in the ordinary course of business. The correspondence was placed for deposit with the USPS at the offices of the Law Offices of Robert Hamparyan, 275 West Market Street, San Diego, California. The envelope(s) was/were sealed with postage fully prepaid on this date and placed for collection and mailing following ordinary business practices and addressed as shown above.

____   BY PERSONAL SERVICE:   By personally delivering the above-captioned document(s) to the parties within.

___   BY FACSIMILE TRANSMISSION:  I caused the above-referenced document to be faxed to the fax number(s) indicated above. The facsimile machine I used complied with rule 2.301 and no error was reported by the machine. Pursuant to rule 2.306(g), I caused the machine to print a record of the transmission.

____   BY OVERNIGHT MAIL:  I caused to be served by leaving for delivery by USPS a copy of the aforementioned document, in sealed envelopes addressed as shown above.

_X_   BY ELECTRONIC SERVICE:   By sending the above-captioned document(s) to the parties via electronic transmission through One Legal as stipulated between parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 25, 2019, at San Diego, California.


*/s/ Fernando Salazar*
**Fernando Salazar**

# PROOF OF SERVICE
## (Section 1013a, 2015.5 Code of Civ. Proc.)
## State of California, County of San Diego

I am employed in the County of San Diego, State of California. I am over 18 years of age and not a party to the within action; my business address is 655 W Broadway Suite 1700, San Diego, California 92101.

**Case Name: Jane DOES v. Girlsdoporn.com, et. al**
**Lead Case Number: 37-2016-00019027-CU-FR-CTL**
**Consolidated with: 37-2017-00033321-CU-FR-CTL and 37-2017-00043712-CU-FR-CTL**

On January 25, 2019, I served the following documents described as:

**-PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PANAKOS LAW, A.P.C.'S COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

On the interested parties in this action, addressed as follows:

George D. Rikos
Law Office of George Rikos
225 Broadway, Suite 2100, San Diego, CA 92101
Tel: (858) 342-9161
Fax: (866) 365-4856
***Counsel for Defendant DOMI Publications, LLC.***
george@georgerikoslaw.com

Aaron Sadock, Esq.
Panakos Law APC
555 West Beech Street, Suite 500
San Diego, CA 92101
Fax: (866) 365-4856
asadock@panakoslaw.com
***Co-Counsel for Remaining Defendants***

John J. O'Brien
O'BRIEN LAW FIRM, APLC
750 B Street, Suite 3300 THE
San Diego, CA 92101
Tel: 619.535.5151
Fax: (888) 805-6785
john@theobrienlawfirm.com
***Co-Counsel for Plaintiffs***

Daniel Kaplan
Law Offices of Daniel A. Kaplan
555 West Beech Street, Suite 230
San Diego, CA 92101
Tel: (619) 685-3988
Fax: (619) 684-3239
dkaplan@danielkaplanlaw.com
***Co-Counsel for Remaining Defendants***

Brian M. Holm
HOLM LAW GROUP, PC
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: 858.707.5858
brian@holmlawgroup.com
***Co-Counsel for Plaintiffs***

Carrie Goldberg
C.A. GOLDBERG, PLLC
16 Court Street, Suite 2500
Brooklyn, NY 11241
Tel: 646.666.8908
carrie@cagoldberglaw.com
***Co-Counsel for Plaintiffs***

Proof of Service

Exhibit H
Page 3 of 6

____ BY MAIL:   I am readily familiar with the office practice for collection and processing of correspondence for mailing with the United States Postal Service (USPS). The correspondence indicated above would be deposited with the USPS the same date as this declaration in the ordinary course of business. The correspondence was placed for deposit with the USPS at the offices of the Law Offices of Robert Hamparyan, 275 West Market Street, San Diego, California. The envelope(s) was/were sealed with postage fully prepaid on this date and placed for collection and mailing following ordinary business practices and addressed as shown above.

____ BY PERSONAL SERVICE:   By personally delivering the above-captioned document(s) to the parties within.

____ BY FACSIMILE TRANSMISSION:  I caused the above-referenced document to be faxed to the fax number(s) indicated above. The facsimile machine I used complied with rule 2.301 and no error was reported by the machine. Pursuant to rule 2.306(g), I caused the machine to print a record of the transmission.

____ BY OVERNIGHT MAIL:  I caused to be served by leaving for delivery by USPS a copy of the aforementioned document, in sealed envelopes addressed as shown above.

_X_ BY ELECTRONIC SERVICE:   By sending the above-captioned document(s) to the parties via electronic transmission through One Legal as stipulated between parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 25, 2019, at San Diego, California.

*/s/ Fernando Salazar*
**Fernando Salazar**

## PROOF OF SERVICE
### (Section 1013a, 2015.5 Code of Civ. Proc.)
### State of California, County of San Diego

I am employed in the County of San Diego, State of California.  I am over 18 years of age and not a party to the within action; my business address is 655 W Broadway Suite 1700, San Diego, California 92101.

**Case Name: Jane DOES v. Girlsdoporn.com, et. al**
**Lead Case Number: 37-2016-00019027-CU-FR-CTL**
**Consolidated with: 37-2017-00033321-CU-FR-CTL and 37-2017-00043712-CU-FR-CTL**

On January 25, 2019, I served the following documents described as:

**-PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL GLICK LAW GROUP, P.C.'S COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**
**-DECLARATION OF EDWARD D. CHAPIN ISO MOTION TO COMPEL GLICK LAW GROUP, P.C.'S COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**
**-NOTICE OF LODGMENT UNDER SEAL ISO PLAINTIFFS' MOTION TO COMPEL GLICK LAW GROUP, P.C.'S COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

On the interested parties in this action, addressed as follows:

George D. Rikos
Law Office of George Rikos
225 Broadway, Suite 2100, San Diego, CA 92101
Tel: (858) 342-9161
Fax: (866) 365-4856
***Counsel for Defendant DOMI Publications, LLC.***
george@georgerikoslaw.com

Aaron Sadock, Esq.
Panakos Law APC
555 West Beech Street, Suite 500
San Diego, CA 92101
Fax: (866) 365-4856
asadock@panakoslaw.com
***Co-Counsel for Remaining Defendants***

Daniel Kaplan
Law Offices of Daniel A. Kaplan
555 West Beech Street, Suite 230
San Diego, CA 92101
Tel: (619) 685-3988
Fax: (619) 684-3239
dkaplan@danielkaplanlaw.com
***Co-Counsel for Remaining Defendants***

Brian M. Holm
HOLM LAW GROUP, PC
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: 858.707.5858
brian@holmlawgroup.com
***Co-Counsel for Plaintiffs***

John J. O'Brien
O'BRIEN LAW FIRM, APLC
750 B Street, Suite 3300 THE
San Diego, CA 92101
Tel: 619.535.5151
Fax: (888) 805-6785

Carrie Goldberg
C.A. GOLDBERG, PLLC
16 Court Street, Suite 2500
Brooklyn, NY 11241
Tel: 646.666.8908
carrie@cagoldberglaw.com
***Co-Counsel for Plaintiffs***

– 1 –

john@theobrienlawfirm.com
*Co-Counsel for Plaintiffs*

____   BY MAIL:  I am readily familiar with the office practice for collection and processing of correspondence for mailing with the United States Postal Service (USPS). The correspondence indicated above would be deposited with the USPS the same date as this declaration in the ordinary course of business. The correspondence was placed for deposit with the USPS at the offices of the Law Offices of Robert Hamparyan, 275 West Market Street, San Diego, California. The envelope(s) was/were sealed with postage fully prepaid on this date and placed for collection and mailing following ordinary business practices and addressed as shown above.

____   BY PERSONAL SERVICE:   By personally delivering the above-captioned document(s) to the parties within.

____   BY FACSIMILE TRANSMISSION:  I caused the above-referenced document to be faxed to the fax number(s) indicated above. The facsimile machine I used complied with rule 2.301 and no error was reported by the machine. Pursuant to rule 2.306(g), I caused the machine to print a record of the transmission.

____   BY OVERNIGHT MAIL:  I caused to be served by leaving for delivery by USPS a copy of the aforementioned document, in sealed envelopes addressed as shown above.

_X__   BY ELECTRONIC SERVICE:   By sending the above-captioned document(s) to the parties via electronic transmission through One Legal as stipulated between parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 25, 2019, at San Diego, California.

*/s/ Fernando Salazar*
**Fernando Salazar**

Proof of Service

Exhibit H
Page 6 of 6

**EXHIBIT I**

1  Ed Chapin (State Bar No. 53287)
   SANFORD HEISLER SHARP, LLP
2  655 West Broadway, Suite 1700
   San Diego, CA 92101
3  t. 619.577.4253
   e. echapin@sanfordheisler.com
4
   Brian M. Holm, Esq. (SBN: 255691)
5  HOLM LAW GROUP, PC
   12636 High Bluff Drive, Suite 400
6  San Diego, California 92130
   t. 858.707.5858
7  e. brian@holmlawgroup.com
8  John J. O'Brien (SBN: 253392)
   THE O'BRIEN LAW FIRM, APLC
9  750 B Street, Suite 3300
   San Diego, CA 92101
10 t. 619.535.5151
   e. john@theobrienlawfirm.com
11
   Attorneys for Plaintiffs
12

13            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

14            **COUNTY OF SAN DIEGO – CENTRAL DIVISION**

15 | JANE DOE NOS. 1 - 14, inclusive, individuals; | **LEAD CASE:** |
   | | **Case No.: 37-2016-00019027-CU-FR-CTL** |
16 | Plaintiffs, | **CONSOLIDATED WITH:** |
   | | **Case No.: 37-2017-00033321-CU-FR-CTL** |
17 | v. | **Case No.: 37-2017-00043712-CU-FR-CTL** |

18 GIRLSDOPORN.COM, a business organization,
   form unknown; MICHAEL J. PRATT, an individual;       **PLAINTIFFS' NOTICE OF TAKING THE**
19 ANDRE GARCIA, an individual; MATTHEW                 **DEPOSITION OF MICHAEL SHAPIRO, CPA**
   WOLFE, an individual; BLL MEDIA, INC., a             **AND REQUEST FOR PRODUCTION OF**
20 California corporation; BLL MEDIA HOLDINGS,          **DOCUMENTS**
   LLC, a Nevada limited liability company; DOMI
21 PUBLICATIONS, LLC, a Nevada limited liability
   company; EG PUBLICATIONS, INC., a California         Date:      **February 6, 2019**
22 corporation; M1M MEDIA, LLC, a California            Time:      **10:00 AM**
   limited liability company; BUBBLEGUM FILMS,          Location: Veritext San Diego
23 INC., a business organization, form unknown; OH                 550 W C Street Suite 800
   WELL MEDIA LIMITED, a business organization,                    San Diego, CA 92101
24 form unknown; MERRO MEDIA, INC., a California
   corporation; MERRO MEDIA HOLDINGS, LLC, a           Assigned for all purposes to:
25 Nevada limited liability company; and ROES 1 - 550, Hon. Joel R. Wohlfeil
   inclusive,                                           Dept. C-73
26                                                      Complaint Filed: June 2, 2016
27           Defendants.                                Trial: March 8, 2019
28

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on FEBRUARY 6, 2019, the attorneys of record for Plaintiffs Jane Doe Nos. 1 - 22 will take the deposition of Michael Shapiro, CPA, before a Certified Shorthand Reporter and Notary Public, at Veritext San Diego, 550 W C St #800, San Diego, CA 92101.  Pursuant to *Code of Civil Procedure Sections 2025.220* and *2025.340*, the deponent's testimony may be recorded by videotape or audiotape for use at trial. The deposition will continue from day to day until completed, excluding Sundays and Holidays.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the provisions of *California Code of Civil Procedure section 2025.220(a)(4),* the deponent shall be required to produce at said time and place of his deposition, all requested documents that are listed below and made a part hereof by this reference.

## DEFINITIONS

**"THE ENTITIES"** shall refer to BLL Media, Inc., a California Corporation; BLL Media Holdings, LLC, a Nevada Limited Liability Company; Domi Publications, LLC, a Nevada Limited Liability Company; EG Publications, Inc., a California Corporation; MlM Media, LLC, a California Limited Liability Company; MlM Media, Inc., a Nevada Corporation; Merro Media, Inc., a California Corporation; Merro Media Holdings, LLC, a Nevada Limited Liability Company; UHD Productions, LLC, a Wyoming Limited Liability Company; Domi Productions, LLC, a Nevada Limited Liability Company; the VANUATU ENTITIES (see definition below) and CLOCKWORK PRODUCTIONS(see definition below).

**"CLOCKWORK PRODUCTIONS"** shall mean the corporation incorporated in the State of Nevada on or about November 29, 2006 that has gone by the name Clockwork Productions, LLC and Clockwork Productions, Inc (Nevada Corporate Entity No. E0871582006-l).

**VANUATU ENTITIES"** shall mean Bubblegum Films, Inc. established on or about December 11, 2006 in the Republic of Vanuatu (Company No. 33336); Oh Well Media Limited, established on or about September 4, 2015 in the Republic of Vanuatu (Company No. 014506); Sidle Media Limited, established on or about September 4, 2015 in the Republic of Vanuatu (Company No. 014505);

Torque Asset Management Limited, established on or about September 4, 2015 in the Republic of Vanuatu (Company No. 014504); Green Hills Services, Inc., established on or about November 20, 2014 in the Republic of Vanuatu (Company No. 013762).

"COMMUNICATIONS" shall mean oral and written communications made or attempted by any means, including, without limitation, by telephone, e-mail, memorandum, letter, written or voice message, telegram, telex, facsimile, or in person or in any other instance in which information was or is transmitted from one PERSON to another through any means whatsoever, together with all documents on which such communications are recorded, memorialized, summarized, or described.

## INSTRUCTIONS

DO NOT produce any tax returns for THE ENTITIES. You are, however, required to produce Form 1099s that identify revenues and expenses of THE ENTITIES.

Please redact the last four digits of any social security numbers, medical information, or website subscriber information that are contained in the documents produced.

If the documents are maintained in electric format, you are required to produce them in their electronic form.

All documents produced shall be marked "CONFIDENTIAL" so that they are subject to the protections of the protective order entered in this action.

## REQUESTS

REQUEST NO. I: Please produce all DOCUMENTS and COMMUNICATIONS that tend to evidence any revenues, expenses, liabilities or accounts receivable for THE ENTITIES since January 1, 2013. This request shall include, but not be limited to, all profit and loss statements, balance sheets, income statements, revenue statements, account ledgers, general ledgers, and expense reports.

REQUEST NO. 2: Please provide all source documents within YOUR possession that have been used as support for any reports or ledgers generated for THE ENTITIES. This request shall include all bank statements, and Bitcoin statements, credit/debit card statements, cancelled checks, or any other DOCUMENT from which a report produced in response to Request No. 1

PLAINTIFFS' NOTICE OF TAKING THE DEPOSITION OF MICHAEL SHAPIRO, CPA AND REQUEST FOR PRODUCTION OF DOCUMENTS

Exhibit I

Page 3 of 4

was generated.

**REQUEST NO. 3: Please produce the electronic Quickbooks files or other accounting software used to keep the books for the ENTITIES since January 1, 2013.**

**REQUEST NO. 4: Please produce all DOCUMENTS and COMMUNICATIONS tending to evidence the individuals who control THE ENTITIES, including, but not limited to, COMMUNICATIONS from the individuals hiring YOUR services for the ENTITIES, and any share certificates or stock ledgers for the ENTITIES.**

**REQUEST NO. 5: Please produce all DOCUMENTS and COMMUNICATIONS tending to evidence the individuals who own THE ENTITIES, including any COMMUNICATIONS from individuals that YOU believe own or control the VANUATU ENTITIES.**

**REQUEST NO. 6: Please produce all joint venture agreements, partnership agreements, or licensing agreements to which THE ENTITIES are a party.**

**REQUEST NO. 7: Please produce all DOCUMENTS to or from CCBill, LLC, Epoch.com, LLC, BitPay, Inc., WGCZ Holdings (or similarly named entities that own www.xvideos.com) or Mindgeek USA (or any other similar Mindgeek entity) that identify revenues for THE ENTITIES since January 1, 2013.**

RESPECTFULLY SUBMITTED:                        HOLM LAW GROUP, PC


Dated:  JANUARY 25, 2019          By:    _____
                                         Brian M. Holm, Esq.
                                         Attorney for Plaintiffs

4

**EXHIBIT J**

| | |
|---|---|
| **From:** | Brian Holm |
| **To:** | Aaron Sadock |
| **Cc:** | Ed Chapin; John J. O"Brien; Cara Van Doren; Carrie Goldberg; Christopher Yandel; Fernando Salazar; Daniel A. Kaplan; Ali Byler; Bonnie McKnight; George Rikos; Anna King; Julianne Roth |
| **Subject:** | Re: Bankruptcy Petition #: 19-00271-LT13 |
| **Date:** | Monday, January 28, 2019 8:57:12 AM |

Thanks for the threats.

However, as laid out in my previous email, the stay caused by Mr. Pratt's bankruptcy filing only affects plaintiffs' claims against Mr. Pratt.  There are still over a dozen defendants in our case that are unaffected by Mr. Pratt's bankruptcy filing.  Indeed, our trial court, after being made aware of Pratt's bankruptcy filing, did not vacate the March 8th trial date.  We are proceeding with discovery, which is necessary for our claims against the other defendants, in order to be ready for the March trial date.

Your firm, and Mr. Kaplan's firm, also represent many other defendants in this case.  I would expect you to appear at these depositions to protect their rights.  If you are not appearing because you erroneously assume Mr. Pratt's bankruptcy also stays the case against them, that is something you can work out with your clients and your carrier.

Brian

Sent from my iPhone

On Jan 28, 2019, at 9:38 AM, Aaron Sadock <asadock@panakoslaw.com> wrote:

Counsel,

As you know, we represent the Debtor, Michael J. Pratt, in the above-referenced Chapter 13 case. This case was commenced by the filing of a Voluntary Petition for relief under Title 11 of the United States Code on January 23, 2019, and an Order for Relief was entered at that time. The Notice of Automatic Stay explains actions which are prohibited by the automatic stay of 11 U.S.C. §362. Pursuant to this notice, we demand that you immediately cease all efforts to prosecute any court action against the Debtor. This includes any acts to obtain discovery from the Debtor and any agents of the Debtor and to proceed in any fashion in the prosecution of San Diego Superior Court Lead Case No. 37-2016-00019027-CU-FR-CTL, and Consolidated Case Nos. 37-2017-00033321-CU-FR-CTL and 37-2017-00043712-CU-FR-CTL. to the extent those acts affect the Debtor, or to enforce any judgment obtained against the Debtor.

Be advised that the Bankruptcy Court has the power to award compensatory as well as punitive damages for willful violations of the automatic stay of 11 U.S.C. §362. See, In re Bloom, 875 F.2d 224 (9th Cir. 1989). Please note that such acts will be considered willful if you merely intended to perform to act. If the act violates the stay, the fact that you did not intend to violate the stay is not a defense.

If you or any of your agents take any acts in violation of the automatic stay,

the Debtor will file a motion in the Bankruptcy Court for compensatory and punitive damages for willful violation of the automatic stay.

Sincerely,

Aaron D. Sadock, Esq.
*Managing Attorney*

<PanakosLaw_LogoEmail.jpg>

www.Panakos.law
555 West Beech Street
Suite 500
San Diego, CA 92101
O: (619) 800 - 0529
D: (619) 312 - 4125
Confidentiality & Legal Notice

<19-0128_autostay.pdf>

**EXHIBIT K**

AUDREY PINA rough draft

1

1  *DISCLAIMER*

2

3      This unedited rough draft of the proceedings is not

4  certified.  The rough draft transcript may not be cited or

5  used in any way or at any time to rebut or contradict the

6  certified transcription of the proceedings.  There will be

7  discrepancies in this form and the final form because this

8  file has not been edited, proofread, corrected, finalized,

9  indexed, bound or certified.  There will also be a

10  discrepancy in page numbers appearing on the unedited

11  rough draft and the edited, proofread, corrected and

12  certified final.  This transcription includes the court

13  reporter's uncorrected steno translation and it may

14  contain untranslated stenotype symbols, computer-generated

15  mistranslations or electronic transmission errors

16  resulting in inaccurate or nonsensical word combinations.

17  This rough draft transcript contains no title, appearance,

18  index or certificate pages.  This service is provided to

19  you with the understanding that you will not disclose this

20  unedited rough draft transcript in any form (written or

21  electronic) to anyone who has no connection to this case

22  and that any and all copies will be destroyed upon receipt

Page 1

AUDREY PINA rough draft

23  of the certified transcript.

24  Patricia Gerson, RMR, is not responsible for the misuse of

25  this rough draft transcript by anyone.

2

1           THE VIDEOGRAPHER:  I am Bobby Soltero, the court

2  reporter is Pat Gerson, we are with Veritext.

3           This is the beginning of videotaped deposition of

4  Audrey Pina, in the case of Jane Does numbers 1 through 22

5  et al., versus Girlsdoporn.com, et al., case number

6  37-2016-00019027-CU-FR-CTL.

7           Today's date is January 28, 2019.  Time now is

8  1:19 p.m.

9           Counsel, please introduce yourself and the court

10  reporter will swear in the witness.

11           MR. HOLM:  Brian Holm, on behalf of the

12  plaintiffs.

13                          AUDREY PINA,

14                  having been duly sworn,

15            was examined and testified as follows:

16

17  BY MR. HOLM:

18       Q.   Have you ever had your deposition taken before?

19       A.   No.

Page 2

AUDREY PINA rough draft

20     Q.   Okay.  To cover some ground rules, make it fairly

21  simple, question and answer session, let me get my full

22  question out before you respond.  In everyday conversation

23  we always cut the other person off because we know where

24  they're going, because we want to move it along.

25          But make sure the question is finished and we'll

↑

                                                           3


1   try not to talk over each other.  I'm going to let you

2   finish when it's time for you to answer.

3           Because the court reporter here is taking down

4   everything that we say, and if we talk over each other it

5   makes it almost impossible for her to write everything

6   down?

7      A.   Okay.

8      Q.   In addition, you just nodded.  That doesn't show

9   up on paper.  So we need to say yes and no.  And I'll try

10  to remind you if it happens.  But it's something we need

11  for the record.

12     A.   (Nods head.)

13     Q.   Is there any reason that you believe you can't

14  give your best testimony today, you're on any medication,

15  did not sleep at all last night?

16     A.   There's no reason.

AUDREY PINA rough draft

17     Q.   Okay.  I'm entitled to what you have personal

18  knowledge of, things in your five senses.  Everything

19  you've seen, everything you've heard, thought about, you

20  know, touched, smelled -- everything that you know that's

21  in your kind of knowledge, what you've been told.

22     A.   Okay.

23     Q.   In addition, I'm entitled, if you heard people

24  talk about something or were given some information

25  regarding a subject from another person, even if you

⬆

                                                        4


1  weren't at that event, if someone said, well, I saw this

2  happen on that date, I also want to know about that.

3          So we're here in the case of girlsdoporn.com.

4          Are you familiar with that website?

5     A.   Yes.

6     Q.   How did you become familiar with the website?

7     A.   Well, I didn't know it was a website until I was

8  on it.

9     Q.   Okay.  Who are the people that you're aware of

10  that are affiliated with that website?

11     A.   I know there's an Andre, someone named Johnathan,

12  the cameraman's name was Teddy.  I don't know the name of

13  the driver.

AUDREY PINA rough draft

☈

49

1    Q.   Did you tell Johnathan the first time you had

2   reached out, after you had learned about your video, how

3   easy it was to find the content online?

4    A.   Yes.

5    Q.   Did you tell him at that time that you believed

6   they had been lying to you?

7    A.   Yes.

8         MR. HOLM:  That's all I have.

9         We can go off the record.

10         THE VIDEOGRAPHER:  That concludes the deposition,

11   the time is 2:17.

12   *DISCLAIMER*

13

14        This unedited rough draft of the proceedings is not

15   certified.  The rough draft transcript may not be cited or

16   used in any way or at any time to rebut or contradict the

17   certified transcription of the proceedings.  There will be

18   discrepancies in this form and the final form because this

19   file has not been edited, proofread, corrected, finalized,

20   indexed, bound or certified.  There will also be a

21   discrepancy in page numbers appearing on the unedited

22   rough draft and the edited, proofread, corrected and

Page 55

AUDREY PINA rough draft

23   certified final.  This transcription includes the court

24   reporter's uncorrected steno translation and it may

25   contain untranslated stenotype symbols, computer-generated

                                                                50

1   mistranslations or electronic transmission errors

2   resulting in inaccurate or nonsensical word combinations.

3   This rough draft transcript contains no title, appearance,

4   index or certificate pages.  This service is provided to

5   you with the understanding that you will not disclose this

6   unedited rough draft transcript in any form (written or

7   electronic) to anyone who has no connection to this case

8   and that any and all copies will be destroyed upon receipt

9   of the certified transcript.

10   Patricia Gerson, RMR, is not responsible for the misuse of

11   this rough draft transcript by anyone.

12

13

14

15

16

17

18

19

**EXHIBIT L**

012919 KW ROUGH DRAFT

1

1                    ROUGH DRAFT

2
                KAILYN WRIGHT, 01/29/2019
3

4                    DISCLAIMER

5          Provision of the attached ASCII text is subject to
    the following agreement and understanding of all parties:
6          (A) This text contains an ASCII-formatted version
    of the uncorrected and uncertified transcript of the
7    video deposition of KAILYN WRIGHT, taken on 01/29/2019.
           There will be discrepancies between the
8    contents of this text and the final certified transcript,
    including, but not limited to, page and line number
9    discrepancies, the appearance in this document of
    mistranslated and/or untranslated words and/or names
10   and/or numbers, and any and all other variants with the
    final certified transcript as from time to time may occur
11   in the normal course of verbatim stenography.
           (B)(i) This text is provided as a temporary aid
12   only, and its contents may not be cited or
    distributed in any form whatsoever;
13         (ii) The document herein is not certified and
    will under no circumstances constitute an official
14   transcript;
           (iii) In any and all discrepancies between
15   the contents of the text and the final certified
    transcript, the latter shall, without exception and in
16   every instance, prevail.
           (C) The certified reporter makes no warranty
17   as to the accuracy or reliability of the contents of this
    text and will not be held liable, accountable, or
18   responsible for any variant between the document herein
    contained and the final certified transcript.
19         (D) This text is provided on the
    understanding that the final certified transcript will
20   follow in due course.

21   PRINTING AND/OR USING THE CONTENTS OF THIS
                      Page 1

Exhibit L
Page 1 of 5

012919 KW ROUGH DRAFT
TEXT CONSTITUTE ACCEPTANCE OF THESE TERMS AND CONDITIONS

22

23

24

25

↑
                                                                    1

1                    THE VIDEOGRAPHER:  We are now on the record.

2    The time is approximately 2:33 p.m. on January 289, 2019.

3    It's the videotaped deposition of Kailyn Wright in the

4    matter of Jane Doe versus GirlsDoPorn filed in the

5    Superior Court of the county of San Diego.  Our location

6    is 1555 East Orangewood Avenue, Phoenix, Arizona 85020.

7    My name is Tom Tracy with the firm of Veritext.  The

8    court reporter is Amy Zoller also of Veritext.

9                    Counsel, will you please identify whom you

10   represent for the record.

11                   MR. HOLM:  Brian Holm, on behalf of the

12   plaintiffs.

13                   THE VIDEOGRAPHER:  Would the court reporter

14   please swear in the witness.

15

16                   KAILYN WRIGHT,

17   called as a witness herein, having been first duly sworn,
                              Page 2

Exhibit L
Page 2 of 5

012919 KW ROUGH DRAFT

18    was examined and testified as follows:

19

20                        EXAMINATION

21    BY MR. HOLM:

22        Q.    Good afternoon.  My name is Brian Holm.  I

23    represent the plaintiffs in this action.  Can you say

24    your name and spell it for the record?

25        A.    Kailyn Wright, K-A-I-L-Y-N W-R-I-G-H-T.

⬆                                                            2

 1        Q.    Have you ever had your deposition taken before?

 2        A.    Huh-uh.

 3        Q.    It's question/answer format.  I'll ask you a

 4    question.  Wait until I finish because of legal reasons.

 5    Sometimes I got to add on all sorts of things, like the

 6    date, time, and you kind of want to jump in.  Try not to

 7    do that.  Otherwise her job will be nearly impossible as

 8    we talk over each other.  If I ask a question and you

 9    don't understand it, let me know.

10        A.    Okay.

11        Q.    And I'll try and clarify.  Say, can you clear

12    that up; I don't understand this, whatever it may be.  I

13    don't want to try to trick you.  I don't want to you try

                            Page 3

Exhibit L
Page 3 of 5

012919 KW ROUGH DRAFT

14   to guess at anything.  Make sure that you understand what

15   I'm asking for.  If you don't recall specific dates, I'd

16   ask that you try to estimate based on either points of

17   reference that you recall.  Everybody remembers, you

18   know, I may have been at my birthday and remember hearing

19   this, so I knew it was around whatever your birthday was;

20   or I started school, it was the beginning of second

21   semester, those types of time frames I want to try to get

22   even if you don't recall the exact date.  At the end of

23   this, the court reporter is going to create a transcript

24   and allow you to make any changes.  Sometimes, for

25   example, we say uh-huh and huh-uh that don't translate

                                                    3

1    well.  Make sure we try to use yes and nos today.  And

2    then you make any changes to that to make sure that your

3    testimony is final.  And I don't want -- you're kind of

4    thinking on your feet here.  But that will at least give

5    you time to sit down with it.

6              What's your current address?

7    A.    ███████████████████████████

8    Q.    How long have you resided there?

9    A.    Since 2009.  2008, 2009.

                        Page 4

Exhibit L
Page 4 of 5

012919 KW ROUGH DRAFT

22      A.   My computer is fried and I had everything asked

23  for pretty much on there.

24      Q.   Do you still possess the computer?

25      A.   Yes.

                                                          37

1      Q.   Okay.  Have you tried to have it fixed

2  manually?

3      A.   Yes.  They say it can't be done though, and I

4  don't believe that.  I know it can be done.

5              MR. HOLM:  Okay.  I think that is all I

6  have.  We can go off the record.

7              THE VIDEOGRAPHER:  This concludes the

8  videotaped deposition.  The time is approximately

9  2:23 p.m.

10              THE COURT REPORTER:  Do you want to read and

11  sign?

12              MR. HOLM:  Yes.  Let's do that.  Can we have

13  it sent to the ███████ address.

14              (The deposition concluded at 2:24 p.m.)

15

16

17

Exhibit L
Page 5 of 5