George D. Rikos (SBN 204864)
**LAW OFFICES OF GEORGE RIKOS**
225 Broadway, Suite 2100
San Diego, California 92101
Telephone:   (858) 342-9161
Facsimile:   (858) 724-1453

Attorneys for Defendant
DOMI Publications, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1-14, inclusive, individuals;<br><br>            Plaintiffs,<br><br>v.<br><br>GIRLSDOPORN.COM, a business organization, form unknown; MICHAEL J. PRATT, an individual; ANDRE GARCIA, an individual; MATTHEW WOLFE, an individual; BLL MEDIA, INC., a California corporation; BLL MEDIA HOLDINGS, LLC, a Nevada limited liability company; DOMI PUBLICATIONS, LLC, a Nevada limited liability company; EG PUBLICATIONS, INC., a California corporation; MlM MEDIA, LLC, a California limited liability company; BUBBLEGUM FILMS, INC., a business organization, form unknown; OH WELL MEDIA LIMITED, a business organization, form unknown; MERRO MEDIA, INC., a California corporation; MERRO MEDIA HOLDINGS, LLC, a Nevada limited liability company; and ROES 1 - 500, inclusive,<br><br>            Defendants. | Case No. 19cv0160-WQH-BLM<br><br>**DECLARATION OF GEORGE RIKOS IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR DISCOVERY SANCTIONS**<br><br>**Date:**        **TBD**<br>**Time:**        **TBD**<br>**Magistrate:** Hon. Barbara Lynn Major<br><br> Filed: January 24, 2019 |

-1-

DECLARATION OF GEORGE RIKOS IN SUPPORT OF DEFENDANTS'
JOINT MOTION FOR DISCOVERY SANCTIONS

## DECLARATION OF GEORGE RIKOS

I, George Rikos, declare as follows:

1.  I am an attorney duly admitted to practice in all of the courts of the State of California, the Central District of California, the Southern District of California, the Northern District of California and the U.S. Court of Appeals for the Ninth Circuit. I am the principal of the Law Offices of George Rikos, attorneys of record for Defendant DOMI Publications, LLC. The facts set forth herein are of my own personal knowledge, and if called as a witness I could and would competently testify thereto.

2.  On January 28, 2019, in response to the Court's scheduling order, I emailed Plaintiffs' counsel, John O'Brien, seeking to schedule the 26(f) conference. Mr. O'Brien responded by suggesting I was in "cohoots" with the other defense counsel and that I should stop "the pretend arms-length emails". A true and correct copy of this email exchange is attached as **Exhibit 1**.

3.  On January 30, 2019, I sent an email to all counsel advising that discovery was not yet open in this matter and that the San Diego Superior Court no longer had jurisdiction and was stayed. In addition, I requested a meet and confer pursuant to Local Rule 26.1 as well as the Hon. Barbara Lynn Major's chamber rules. A true and correct copy of this email exchange is attached as **Exhibit 2**.

4.  In response, Mr. Chapin indicated that he was "not precluded from investigating our case which will likely be remanded shortly, so focus on your prep and not what we are doing". Mr. Chapin refused to provide a meaningful response and suggested it was premature to meet and confer. Mr. Chapin's response does not acknowledge nor address the fact that by January 30, 2019, Plaintiffs' counsel had already taken two depositions and had still refused to confirm so. Between January 30 and January 31, 2019, my office continued to exchange a series of email communications with Mr. Chapin. A true and correct copy of these email communications are attached as **Exhibit 3**.

-2-

5.     Sadly, I was forced to contact the Hon. Barbara Lynn Major's chambers on at least 2 occasions to advise of the refusal by Mr. Chapin to meet and confer or even acknowledge what discovery, if any, Plaintiffs' counsel was conducting in the interim.   Brittany, the Hon Barbara Lynn Major's clerk, advised that the scheduling order was indeed the order of the court regardless of whether or not the Plaintiffs were going to seek remand and that discovery was not open.  Both of these messages were relayed to Mr. Chapin by me as reflected in the email communications marked as **Exhibit 4**, and on page 7 of Exhibit 3.

6.     On or about February 5, 2019, I was advised by my client's managing member that 2 subpoenas for business records had been issued to GoDaddy, Inc. and Domains by Proxy, LLC.   My office has no record of being served with these subpoenas.  The deadline to object was apparently February 6, 2019.  I was forced to serve two letters of objection to the production of the subpoenas.  A true and correct copy of these letters are attached as **Exhibit 5**.

7.     On February 5, I immediately advised Plaintiffs' counsel of these subpoenas and the failure to serve and the violation of the state court action stay, bankruptcy stay and the fact that discovery was not yet open.  A true and correct copy of these email exchanges are attached as **Exhibit 6**.

8.     It was not until February 6, 2019, at the in-person 26(f) conference that Mr. Chapin acknowledged that the two third party subpoenas for business records had never been served on the parties.  Plaintiffs have not provided confirmation, despite requesting so, that no other such subpoenas are pending.

9.     In addition, during the 26(f) conference, I inquired as to whether any other depositions took place besides the 2 identified above.  Mr. Chapin originally took the position that the depositions of Ms. Wright and Ms. Pina were not depositions but rather recorded statements.  I advised Mr. Chapin that third parties appeared only after service of a state court action subpoena being issued and that the rough drafts reflected deposition admonitions were provided.   Mr. Chapin then

-3-

DECLARATION OF GEORGE RIKOS IN SUPPORT OF DEFENDANTS'
JOINT MOTION FOR DISCOVERY SANCTIONS

1    changed course and indicated he was refusing to take any position as to whether or

2    not the depositions were depositions or something else.

3         10.    I have spent considerable time attempting to find out basic information,

4    such as whether or not the Plaintiffs were conducting clandestine discovery in a

5    stayed state court action, involving a bankruptcy stay and after jurisdiction

6    transferred to this District Court.  In particular, I spent considerable time emailing

7    and responding to Plaintiffs' email communications, communicating with the court,

8    preparing two objection letters to third parties served with subpoenas, researching

9    the related legal issues, and preparing this motion and the attached declaration.

10        11.    In total, I have spent 9 hours on the above activities

11        12.    My billing rate for this case was $350 per hour.  Based upon a review

12   of other fee applications and conversations with attorneys in the relevant billing

13   market, $350 per hour is reasonable.  Furthermore, submitted concurrently with this

14   declaration, in further support of these rates, is the National Law Journal 2015

15   Survey on Attorneys' Fees, a true and correct copy of which is attached here as

16   **Exhibit 7**, which shows that the rate of $350 are at or below market rates charged

17   by comparable professionals.

18        13.    The total amount of attorneys' fees requested pursuant to this request

19   is $3,150.

20        14.    Pursuant to the Local Rules and Chamber Rules, I attempted to meet

21   and confer several times and was rebuffed at every turn.   On February 6, 2019,

22   these issues were discussed with Plaintiffs' counsel, in person, with no resolution

23   reached.

24   ///

25   ///

26   ///

27   ///

28   ///

-4-
DECLARATION OF GEORGE RIKOS IN SUPPORT OF DEFENDANTS'
JOINT MOTION FOR DISCOVERY SANCTIONS

1       I declare under penalty of perjury under the laws of California and of the

2   United States that the foregoing is true and correct. Executed on February 8, 2019, in

3   San Diego, California.

4

5   DATED: February 8, 2019      **LAW OFFICES OF GEORGE RIKOS**

6                                              *s/George Rikos*

7                                              George D. Rikos
Attorneys for Defendant
DOMI Publications, LLC

**EXHIBIT 1**



George Rikos <george@georgerikoslaw.com>

---

## Re: Jane Doe v. Girls, et. al. (Case No. 19-cv-160-WQH (BLM)
1 message

**George Rikos** <george@georgerikoslaw.com>                         Mon, Jan 28, 2019 at 1:13 PM
To: John O'Brien <john@theobrienlawfirm.com>
Cc: Aaron Sadock <asadock@panakoslaw.com>, Daniel Kaplan <dkaplan@danielkaplanlaw.com>, Ali Byler
<ali@danielkaplanlaw.com>, Anna King <aking@panakoslaw.com>, "Brian M. Holm" <brian@holmlawgroup.com>, Eva
Rummel <eva@holmlawgroup.com>, Ed Chapin <Echapin2@sanfordheisler.com>, Cara Van Dorn
<cvandorn@sanfordheisler.com>, Fernando Salazar <fsalazar@sanfordheisler.com>, Christopher Yandel
<cyandel@sanfordheisler.com>

Dear Mr. O'Brien,

As you and your State Court co-counsel know, this matter was removed on January 24, 2019.  To date, only your firm
appears as counsel of record.  Neither Mr. Chapin nor Mr. Holm have appeared.  As such and due to the pending
scheduling order deadlines, I emailed your office as counsel of record.

My email is solely intended to comply with our mutual obligations to conduct the FCP 26(f) conference.   Regardless of
whether or not other attorneys appear for the Plaintiffs, the current deadline for the parties to complete the 26(f)
conference is February 6.  As such, I would strongly encourage you to notify our office of your availability.

Sincerely,

**George Rikos**
**Law Office of George Rikos**
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (858) 876-5201
Facsimile:(858) 724-1453
Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely
for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or
work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you
are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately
and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any
printouts of the e-mail or attachments.

On Mon, Jan 28, 2019 at 12:37 PM John O'Brien <john@theobrienlawfirm.com> wrote:
George and Aaron:

Nobody believes you are not in cahoots, so you can stop the pretend arms-length emails.

Further, please copy plaintiffs' counsel Mr. Chapin and Mr. Holm on all federal case correspondence.  Your decision to
circumvent their offices is unprofessional.  It is also confusing as Mr. Kaplan's office *is* copied here, but was quite
tellingly *not* signatory to the removal.

Exhibit 1
Page 1 of 3

Assuming other orders do not vacate the scheduling order, and once Mr. Chapin and Mr. Holm have had an opportunity to respond here, we will further discuss.

Thanks,
John

On Mon, Jan 28, 2019 at 9:55 AM George Rikos <george@georgerikoslaw.com> wrote:
  Thank you Mr. Sadock for your quick reply.  I am available at that time.
  Mr. O'Brien, does that work for you?

  Sincerely.

**George Rikos**
**Law Office of George Rikos**
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (858) 876-5201
Facsimile:(858) 724-1453
Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

On Mon, Jan 28, 2019 at 9:52 AM Aaron Sadock <asadock@panakoslaw.com> wrote:
  February - 6th will work for us. I suggest meeting at our office at 10:00am.

  Sent from Panakos Law mobile

  On Jan 28, 2019, at 9:43 AM, George Rikos <george@georgerikoslaw.com> wrote:

    Dear Counsel:

    ==Pursuant to the Scheduling order issued by the Court on January 25, 2019, please provide your availability to conduct our meet and confer conference pursuant to Fed. Rules of Civil Procedure Section 26(f).  The deadline to complete this conference is no later than **February 6, 2019**.==

    Sincerely,

    **George Rikos**
    **Law Office of George Rikos**
    225 Broadway, Suite 2100
    San Diego, CA 92101
    Telephone: (858) 876-5201
    Facsimile:(858) 724-1453
    Email: george@georgerikoslaw.com

    NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by

Exhibit 1
Page 2 of 3

anyone other than and intended recipient is strictly prohibited.  If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

--
**John J. O'Brien, Esq.**
**The O'Brien Law Firm, APLC**
**750 B Street, Suite 1610**
**San Diego, CA 92101**
**Tel: 619.535.5151**
**Fax: 888.802.6785**
**theobrienlawfirm.com**

Exhibit 1
Page 3 of 3

**EXHIBIT 2**



George Rikos <george@georgerikoslaw.com>

---

## Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)
1 message

**George Rikos** <george@georgerikoslaw.com>                                    Wed, Jan 30, 2019 at 10:21 AM
To: John Whittemore <jwhittemore@bkflaw.com>, Aaron Sadock <asadock@panakoslaw.com>, Daniel Kaplan
<dkaplan@danielkaplanlaw.com>, Ali Byler <ali@danielkaplanlaw.com>, Bonnie McKnight <bmcknight@panakoslaw.com>,
John O'Brien <john@theobrienlawfirm.com>, Ed Chapin <Echapin2@sanfordheisler.com>, "Brian M. Holm"
<brian@holmlawgroup.com>

Dear Counsel:

Mr. Holm has indicated his intent to continue with discovery in the now removed San Diego Superior Court
action. This is troubling as the San Diego Superior Court no longer has jurisdiction. It is unclear if Mr.
Holm has actually proceeded with any depositions. As such, please advise immediately.

As you know, Federal Rules of Civil Procedure Rule 26(d) specifically states that "a party may not seek
discovery from any source before the parties have conferred as required by Rule 26 (f). Here, no such
conference has taken place.

On January 25, 2019, the District Court issued a scheduling order outlining various deadlines, including a
deadline to complete the Rule 26(f) conference. On January 28, 2019, I sent all counsel an email requesting
availability to complete the Rule 26(f) conference. Thus far, Plaintiffs' counsel has still not provided their
availability.

Pursuant to Southern District of California's Local Rule 26.1 as well as the Hon. Barbara Lynn Major's
Chamber Rules, I hereby request an in person meet and confer (as we are all located in San Diego County) to
discuss the issue of why Plaintiffs believe they are permitted to conduct discovery in the removed San Diego
Superior Court action and prior to the Rule 26(f) conference.

The unilateral decision by Plaintiffs' counsel is compounded by the fact that the San Diego Superior Court,
upon receipt of the removal, stayed the case. Moreover and as you know, a bankruptcy stay is currently in
place.

Sincerely,


**George Rikos**
**Law Office of George Rikos**
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (858) 876-5201
Facsimile:(858) 724-1453
Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely
for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or
work product. Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited. If you
are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have received this e-mail in error, please notify the sender immediately
and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any
printouts of the e-mail or attachments.

Exhibit 2
Page 1 of 1

**EXHIBIT 3**

| From: | Ed Chapin |
|---|---|
| To: | George Rikos |
| Cc: | Aaron Sadock; Daniel Kaplan; Ali Byler; Bonnie McKnight; John O'Brien; Brian Holm |
| Subject: | Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM) |
| Date: | Thursday, January 31, 2019 8:32:50 AM |

No personal attacks intended. Just stating the obvious.

Please confirm February 6 at 2 PM for your meeting at my office. And, <mark>as I understand it depositions are adversary proceedings.  There have been no such proceedings.</mark>  Rest assured, we will continue to vigorously investigate this case and prepare for trial to hopefully commence shortly after the motions for relief from stay and remand are granted.

Please do not continue to manufacture some sort of a claim to further delay commencement of the inevitable trial.

## Ed Chapin

**CA Managing Partner, _bio_**

655 West Broadway, Suite 1700, San Diego, CA 92101

**DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253



**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** George Rikos <george@georgerikoslaw.com>
**Sent:** Thursday, January 31, 2019 6:48 AM
**To:** Ed Chapin
**Cc:** Aaron Sadock; Daniel Kaplan; Ali Byler; Bonnie McKnight; John O'Brien; Brian Holm
**Subject:** Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)

Mr. Chapin,

You had only tentatively offered February 6 for the 26(f) conference subject to you determining your co-counsel's availability.  However, <mark>as for my request to meet and confer regarding the discovery dispute, you refused claiming no discovery dispute existed.</mark>  Again, I would request you refrain from personal attacks.   Whether or not you are conducting depositions in the removed state court action is not subject to any privilege.

Sincerely,

## George Rikos

Exhibit 3
Page 1 of 13

**Law Office of George Rikos**

225 Broadway, Suite 2100

San Diego, CA 92101

Telephone: (858) 876-5201

Facsimile:(858) 724-1453

Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

On Thu, Jan 31, 2019 at 5:47 AM Ed Chapin <Echapin2@sanfordheisler.com> wrote:
George, you don't seem to want to understand my point. I hope I do better. With a jury when we get this case to trial. What we are doing to prepare our case is privileged. You are a master at seeking out alternative facts and raising spurious objections. We are not violating any stay order, so please cease your incessant pounding on what we are or not doing.

I have offered to meet at 2:00 PM on Feb. 6!at my office so your assertion that I have not agreed to meet is disingenuous. Please cease your misrepresentations about scheduling a meeting.

Ed Chapin
*CA Managing Partner, bio*
655 West Broadway, Suite 1700, San Diego, CA 92101
**DIRECT:** 619-577-4251 | **MAIN:** 619-577-4253



**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** George Rikos <george@georgerikoslaw.com>
**Sent:** Wednesday, January 30, 2019 8:04 PM
**To:** Ed Chapin

Exhibit 3
Page 2 of 13

Cc: Aaron Sadock; Daniel Kaplan; Ali Byler; Bonnie McKnight; John O'Brien; Brian Holm
**Subject:** Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)

Dear Mr. Chapin,

I simply do not understand why you are refusing to meet and confer and are now taking the position that no discovery dispute exists in federal court but only in state court.  There is no state action pending.   It is my position a discovery dispute exists because if you are unilaterally conducting discovery in the state court action, it is our position that such discovery violates the Federal Rules of Civil Procedure 26(d), the state court stay, and the bankruptcy stay.   If you disagree, a discovery dispute exists.

The matter has been removed and the federal court has jurisdiction.   As you know, removal suspends the state court's jurisdiction upon notice of removal being filed in state court.  *Spanair S.A. v. McDonnell Douglas Corp.* (2009) 172 Cal. App. 4th 348.  Notice of removal was filed on January 24, 2019.  As such, there are no pending state court discovery disputes as the state court has no jurisdiction.  The state court's jurisdiction is only reacquired after the federal court clerk gives notice to the state court clerk remanding the case to state court.   *Spanair S.A. v. McDonnell Douglas Corp.* (2009) 172 Cal. App. 4th 348.

I have tried all day today to simply schedule a meet and confer with your office.  I cannot even ascertain basic information from you such as whether you are actively engaging in discovery in the removed state court action.
   Several depositions were and are scheduled in the state court action and it is not clear whether your office has and/or will be proceeding as if the removal never took place.   In my review of your responses today, it would appear you are engaging in delay tactics to avoid having to address these issues with either my office or the court.


At this point you leave me with no choice but to seek court intervention.


Sincerely,


**George Rikos**
**Law Office of George Rikos**
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (858) 876-5201

Exhibit 3
Page 3 of 13

Facsimile:(858) 724-1453

Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

On Wed, Jan 30, 2019 at 4:33 PM Ed Chapin <Echapin2@sanfordheisler.com> wrote:

> George, I am available at 2?00 PM on Feb. 6.  I do not agree that the conference should go forward as you demand.  Thus, by participating in such a conference, I am not waiving any defense or claim my clients have regarding the inappropriate bk filing and removal petition.
>
> I will gladly host the meeting at my office assuming the time and date are convenient to my co-counsel..
>
> Please be advised there is no discovery dispute in the Federal Court matter so there is nothing to resolve there.  There are, however, ongoing discovery disputes in the state court matter that we will address when appropriate.
>
> Ed Chapin
> *CA Managing Partner, bio*
> 655 West Broadway, Suite 1700, San Diego, CA 92101
> **DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253
>
> 
>
> **New York**
> **Washington, DC**
> **San Francisco**
> **San Diego**
> **Nashville**
> **Baltimore**
>
> DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
>
> **From:** George Rikos <george@georgerikoslaw.com>

Exhibit 3
Page 4 of 13

**Sent:** Wednesday, January 30, 2019 3:31 PM
**To:** Ed Chapin <Echapin2@sanfordheisler.com>
**Cc:** Aaron Sadock <asadock@panakoslaw.com>; Daniel Kaplan
<dkaplan@danielkaplanlaw.com>; Ali Byler <ali@danielkaplanlaw.com>; Bonnie
McKnight <bmcknight@panakoslaw.com>; John O'Brien
<john@theobrienlawfirm.com>; Brian Holm <brian@holmlawgroup.com>
**Subject:** Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)


Dear Mr. Chapin:

First and foremost, I do not represent Mr. Pratt, the debtor, defendant and party who
removed the action.   I only represent DOMI Publications, LLC.

Secondly, there is already a scheduling order and I am merely trying to comply with the
Court's Order.  I have throughout the day requested a date and time to conduct our 26(f)
conference.  Mr. Sadock has already confirmed his availability for February 6 at 10 a.m.
Please confirm.

I also have requested an in person meet and confer, as required by Local and Chamber
Rules, regarding the pending discovery dispute.   Namely, whether you are conducting
discovery in the State Court action and, if so, why you believe you are permitted to do so
in violation of Federal Rules of Civil Procedure 26(d), the stay in the State Court action as
well as the bankruptcy stay.

As it is unclear whether you are conducting on going discovery in the removed action,
time is of the essence.  Please provide your availability immediately.  Our offices are only
a few blocks apart.

Sincerely,



**George Rikos**

**Law Office of George Rikos**

225 Broadway, Suite 2100

San Diego, CA 92101

Telephone: (858) 876-5201

Facsimile:(858) 724-1453

Email: george@georgerikoslaw.com

Exhibit 3
Page 5 of 13

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

On Wed, Jan 30, 2019 at 3:22 PM Ed Chapin <Echapin2@sanfordheisler.com> wrote:

> George, notwithstanding my belief as to the lack of merit in what you folks have done
> with the bk filing and removal to district court, please advise me as to what you want in
> the Scheduling Order and we will respond and thereafter talk in an effort to iron out any
> disagreements.

> Ed Chapin

> *CA Managing Partner, bio*

> 655 West Broadway, Suite 1700, San Diego, CA 92101

> **DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253

> **New York**
> **Washington, DC**
> **San Francisco**
> **San Diego**
> **Nashville**
> **Baltimore**

> DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

> **From:** George Rikos <george@georgerikoslaw.com>
> **Sent:** Wednesday, January 30, 2019 2:40 PM

Exhibit 3
Page 6 of 13

**To:** Ed Chapin <Echapin2@sanfordheisler.com>
**Cc:** John Whittemore <jwhittemore@bkflaw.com>; Aaron Sadock <asadock@panakoslaw.com>; Daniel Kaplan <dkaplan@danielkaplanlaw.com>; Ali Byler <ali@danielkaplanlaw.com>; Bonnie McKnight <bmcknight@panakoslaw.com>; John O'Brien <john@theobrienlawfirm.com>; Brian Holm <brian@holmlawgroup.com>; jcawdrey@grsm.com
**Subject:** Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)


Dear Mr. Chapin:

I have contacted Chambers for the Hon. Barbara Lynn Major.  Madam Clerk Brittany is assigned to this matter.  She has advised that the Scheduling Order is an Order of the Court and Judge Major expects all deadlines and aspects of the Order to be complied with regardless of whether your office is planning on filing a motion or not.  As such and per the instruction of Brittany,  I am reaching out again to immediately schedule a meet and confer pursuant to the Local Rules and Chamber Rules regarding the following: (1) scheduling of the 26(f) conference; and (2) the discovery dispute as to whether you are conducting discovery in the now removed San Diego Superior Court Action and why such discovery is permitted in light of Federal Rules of Civil Procedure 26(d) coupled with the stay issued in the state court and the bankruptcy stay.

Please provide a clear email as to whether or not you are going to meet and confer.  As it is unclear if discovery is being conducted unilaterally by your offices, the meet and confer needs to take place as soon as possible.

Sincerely,



**George Rikos**

**Law Office of George Rikos**

225 Broadway, Suite 2100

San Diego, CA 92101

Telephone: (858) 876-5201

Facsimile:(858) 724-1453

Email: george@georgerikoslaw.com


NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients.  This e-mail may contain

Exhibit 3
Page 7 of 13

privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

On Wed, Jan 30, 2019 at 11:52 AM Ed Chapin <Echapin2@sanfordheisler.com> wrote:

> You could not be more wrong, George.  I find it ironic that your client, Domi, is not in bankruptcy so there is no perceived basis for the case being removed as to it.  Yet, you are taking the laboring oar in harassing us.  Where is Aaron Sadock who filed the spurious removal petition and seeks protection under Chapter 13 of the bankruptcy code?  You are playing games that we intend to bring to the attention of the court.
>
> Ed Chapin
>
> **CA Managing Partner, _bio_**
>
> 655 West Broadway, Suite 1700, San Diego, CA 92101
>
> **DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253
>
> **New York**
>
> **Washington, DC**
>
> **San Francisco**
>
> **San Diego**
>
> **Nashville**
>
> **Baltimore**
>
> DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
>
> **From:** George Rikos <george@georgerikoslaw.com>
> **Sent:** Wednesday, January 30, 2019 11:29 AM
> **To:** Ed Chapin <Echapin2@sanfordheisler.com>
> **Cc:** John Whittemore <jwhittemore@bkflaw.com>; Aaron Sadock <asadock@panakoslaw.com>; Daniel Kaplan <dkaplan@danielkaplanlaw.com>; Ali

Exhibit 3
Page 8 of 13

Byler <ali@danielkaplanlaw.com>; Bonnie McKnight
<bmcknight@panakoslaw.com>; John O'Brien <john@theobrienlawfirm.com>;
Brian Holm <brian@holmlawgroup.com>; jcawdrey@grsm.com
**Subject:** Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)


Dear Mr. Chapin:

Whether or not your office is filing a motion for remand has no bearing on the current
state of the case.   The case is pending in the Southern District of California and this
matter was assigned, in part, to Magistrate Judge Barbara Lynn Major.  As such and
until such time as the matter is remanded, she maintains jurisdiction over all
discovery disputes.

Your office cannot even answer the basic question as to whether or not Plaintiffs'
counsel has conducted depositions in the San Diego County Court action since
removal.  Your representations of ongoing investigations is evasive.

Moreover, Plaintiffs' counsel is refusing to meet and confer either to conduct the
26(f) conference or to resolve the discovery dispute referenced in my email of earlier
this a.m.

At this time, I am left with no choice but to contact the Magistrate's Chambers to
schedule a hearing accordingly.

At this time, Court intervention appears warranted.


**George Rikos**

**Law Office of George Rikos**

225 Broadway, Suite 2100

San Diego, CA 92101

Telephone: (858) 876-5201

Facsimile:(858) 724-1453

Email: george@georgerikoslaw.com


NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos,
and are intended solely for the use of the named recipient or recipients.  This e-mail may contain
privileged attorney/client communications or work product.  Any dissemination of this e-mail by
anyone other than and intended recipient is strictly prohibited.  If you are not a named recipient,
you are prohibited from any further viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify
the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof

Exhibit 3
Page 9 of 13

from any drives or storage media and destroy any printouts of the e-mail or attachments.

On Wed, Jan 30, 2019 at 10:49 AM Ed Chapin <Echapin2@sanfordheisler.com> wrote:

> George, our position is that the case should not be in Fed. Ct. because removal was filed improperly.  We are filing motions for Relief from Stay and Remand and Abstention shortly.  Thus, it is premature to meet and confer further.
>
>
> Ed Chapin
> *CA Managing Partner, bio*
> 655 West Broadway, Suite 1700, San Diego, CA 92101
> **DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253
>
> **New York**
> **Washington, DC**
> **San Francisco**
> **San Diego**
> **Nashville**
> **Baltimore**
>
> **DISCLAIMER**: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
>
> **From:** George Rikos <george@georgerikoslaw.com>
> **Sent:** Wednesday, January 30, 2019 10:29 AM
> **To:** Ed Chapin <Echapin2@sanfordheisler.com>
> **Cc:** John Whittemore <jwhittemore@bkflaw.com>; Aaron Sadock <asadock@panakoslaw.com>; Daniel Kaplan <dkaplan@danielkaplanlaw.com>; Ali Byler <ali@danielkaplanlaw.com>; Bonnie McKnight <bmcknight@panakoslaw.com>; John O'Brien <john@theobrienlawfirm.com>; Brian Holm <brian@holmlawgroup.com>
> **Subject:** Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)

Exhibit 3
Page 10 of 13

Dear Mr. Chapin:

Unfortunately, your email is not responsive. Please confirm whether you are willing to meet and confer in person as required by both the Local Rules and the Chamber Rules of the Hon. Barbara Lynn Major. If so, please provide a date and time immediately as this issue is time sensitive.

Sincerely,

**George Rikos**

**Law Office of George Rikos**

225 Broadway, Suite 2100

San Diego, CA 92101

Telephone: (858) 876-5201

Facsimile:(858) 724-1453

Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

On Wed, Jan 30, 2019 at 10:24 AM Ed Chapin <Echapin2@sanfordheisler.com> wrote:

George, we are not precluded from investigating our case which will likely be

Exhibit 3
Page 11 of 13

remanded shortly, so focus on your prep and not what we are doing.

Ed Chapin

**CA Managing Partner, _bio_**

655 West Broadway, Suite 1700, San Diego, CA 92101

**DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253

**New York**

**Washington, DC**

**San Francisco**

**San Diego**

**Nashville**

**Baltimore**

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** George Rikos <george@georgerikoslaw.com>
**Sent:** Wednesday, January 30, 2019 10:21 AM
**To:** John Whittemore; Aaron Sadock; Daniel Kaplan; Ali Byler; Bonnie McKnight; John O'Brien; Ed Chapin; Brian Holm
**Subject:** Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)

Dear Counsel:

Mr. Holm has indicated his intent to continue with discovery in the now removed San Diego Superior Court action.  This is troubling as the San Diego Superior Court no longer has jurisdiction.   It is unclear if Mr. Holm has actually proceeded with any depositions.  As such, please advise immediately.

As you know, Federal Rules of Civil Procedure Rule 26(d) specifically states that "a party may not seek discovery from any source before the parties have conferred as required by Rule 26 (f). Here, no such conference has taken place.

On January 25, 2019, the District Court issued a scheduling order outlining various deadlines, including a deadline to complete the Rule 26(f) conference. On January 28, 2019, I sent all counsel an email requesting availability to

Exhibit 3
Page 12 of 13

complete the Rule 26(f) conference.  Thus far, Plaintiffs' counsel has still not provided their availability.

Pursuant to Southern District of California's Local Rule 26.1 as well as the Hon. Barbara Lynn Major's Chamber Rules, I hereby request an in person meet and confer (as we are all located in San Diego County) to discuss the issue of why Plaintiffs believe they are permitted to conduct discovery in the removed San Diego Superior Court action and prior to the Rule 26(f) conference.

The unilateral decision by Plaintiffs' counsel is compounded by the fact that the San Diego Superior Court, upon receipt of the removal, stayed the case. Moreover and as you know, a bankruptcy stay is currently in place.

Sincerely,

**George Rikos**

**Law Office of George Rikos**

225 Broadway, Suite 2100

San Diego, CA 92101

Telephone: (858) 876-5201

Facsimile:(858) 724-1453

Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

Exhibit 3
Page 13 of 13

**EXHIBIT 4**



George Rikos <george@georgerikoslaw.com>

## Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)
1 message

**George Rikos** <george@georgerikoslaw.com>                    Thu, Jan 31, 2019 at 9:49 AM
To: Ed Chapin <Echapin2@sanfordheisler.com>
Cc: Aaron Sadock <asadock@panakoslaw.com>, Daniel Kaplan <dkaplan@danielkaplanlaw.com>, Ali Byler
<ali@danielkaplanlaw.com>, Bonnie McKnight <bmcknight@panakoslaw.com>, John O'Brien <john@theobrienlawfirm.com>,
Brian Holm <brian@holmlawgroup.com>

Mr. Chapin,

I have confirmed with Chambers for Judge Major that discovery is NOT open. As such, it is our position that Mr. Holm's
decision to proceed with depositions is a violation of the Court order, Scheduling order, state court stay as well as the
bankruptcy stay.   It appears you are playing games in terms of what your office is conducting. Persons appearing
pursuant to a deposition subpoena and or notice are appearing for a deposition.  Whether opposing counsel are present
does not change the fact that the process is a deposition.

Sincerely,

**George Rikos**
**Law Office of George Rikos**
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (858) 876-5201
Facsimile:(858) 724-1453
Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely
for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or
work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you
are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately
and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any
printouts of the e-mail or attachments.

On Thu, Jan 31, 2019 at 8:32 AM Ed Chapin <Echapin2@sanfordheisler.com> wrote:
No personal attacks intended. Just stating the obvious.

Please confirm February 6 at 2 PM for your meeting at my office. And, as I understand it depositions are adversary
proceedings.  There have been no such proceedings.  Rest assured, we will continue to vigorously investigate this case
and prepare for trial to hopefully commence shortly after the motions for relief from stay and remand are granted.

Please do not continue to manufacture some sort of a claim to further delay commencement of the inevitable trial.

Ed Chapin
*CA Managing Partner,* bio

655 West Broadway, Suite 1700, San Diego, CA 92101

Exhibit 4
Page 1 of 1

**EXHIBIT 5**

# L A W   O F F I C E S   O F   G E O R G E   R I K O S

225 Broadway, Suite 2100 • San Diego, CA 92101 • TEL: (858) 342-9161 • FAX: (858) 724-1453

February 6, 2019

***Sent Via Electronic Service***

Subpoena Compliance Department
GoDaddy.com, LLC
480-624-2546
compliancemgr@godaddy.com
legal@godaddy.com

Re:                    Subpoena to GoDaddy.com, LLC
**Case:**              **Jane Doe v. www.girlsdoporn.com, et. al.**

## OBJECTIONS TO THIRD PARTY SUBPOENA

To Whom it May Concern:

Our office represents Defendant DOMI Publications, LLC.   Please allow this correspondence to serve as a joinder in the other defendants' correspondence issued yesterday regarding the notification of the bankruptcy filing, removal of case and stay of the California Superior Court action.  In addition, Defendant DOMI Publications, LLC was no record of being served with the subject subpoena and therefore objects to the production of any documents in response to this subpoena. We hereby reserve our right to provide further objections once the subject subpoena is served in the proper venue and upon our office.

Sincerely,

*George Rikos*

George Rikos

Exhibit 5
Page 1 of 2

# LAW OFFICES OF GEORGE RIKOS

225 Broadway, Suite 2100 • San Diego, CA 92101 • TEL: (858) 342-9161 • FAX: (858) 724-1453

February 6, 2019

***Sent Via Electronic Service***

Subpoena Compliance Department
Domains By Proxy, LLC
480-624-2546
compliancemgr@secureserver.net

Re:                        Subpoena to Domains by Proxy, LLC
**Case:**                  **Jane Doe v. www.girlsdoporn.com, et. al.**

## OBJECTIONS TO THIRD PARTY SUBPOENA

To Whom it May Concern:

Our office represents Defendant DOMI Publications, LLC.   Please allow this correspondence to serve as a joinder in the other defendants' correspondence issued yesterday regarding the notification of the bankruptcy filing, removal of case and stay of the California Superior Court action.  In addition, Defendant DOMI Publications, LLC was no record of being served with the subject subpoena and therefore objects to the production of any documents in response to this subpoena.   We hereby reserve our right to provide further objections once the subject subpoena is served in the proper venue and upon our office.

Sincerely,

*George Rikos*
George Rikos

Exhibit 5
Page 2 of 2

**EXHIBIT 6**



George Rikos <george@georgerikoslaw.com>

---

## Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)
1 message

**George Rikos** <george@georgerikoslaw.com>                              Tue, Feb 5, 2019 at 5:27 PM
To: Ed Chapin <Echapin2@sanfordheisler.com>
Cc: Brian Holm <brian@holmlawgroup.com>, Daniel Kaplan <dkaplan@danielkaplanlaw.com>, Aaron Sadock
<asadock@panakoslaw.com>, Ali Byler <ali@danielkaplanlaw.com>, Bonnie McKnight <bmcknight@panakoslaw.com>, John
O'Brien <john@theobrienlawfirm.com>, Carrie Goldberg <carrie@cagoldberglaw.com>, Cara Van Dorn
<cvandorn@sanfordheisler.com>

Unfortunately Mr. Chapin, today is the deadline.

Tomorrow at 2 p.m. is not doable due to the purported deadlines.  However, since I have never been served with the
subpoenas I am not sure what you would like to chat about.


**George Rikos**
**Law Office of George Rikos**
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (858) 876-5201
Facsimile:(858) 724-1453
Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely
for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or
work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you
are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately
and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any
printouts of the e-mail or attachments.


On Tue, Feb 5, 2019 at 5:26 PM Ed Chapin <Echapin2@sanfordheisler.com> wrote:
We will chat about this tomorrow.

Ed Chapin
*CA Managing Partner,* *bio*

655 West Broadway, Suite 1700, San Diego, CA 92101

**DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253



New York
Washington, DC
San Francisco
San Diego
Nashville
Baltimore

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an
intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us
immediately by e-mail and delete the original message.

Exhibit 6
Page 1 of 3

2/8/2019     Law Offices of George Rikos Mail - Re: Jane Doe v. Gurls, et. al. (3:19-cv-00160-WQH-BLM)

Case 3:19-cv-00160-WQH-BLM   Document 14-2   Filed 02/08/19   PageID.307   Page 33 of 39

**From:** George Rikos <george@georgerikoslaw.com>
**Sent:** Tuesday, February 5, 2019 2:29:06 PM
**To:** Ed Chapin
**Cc:** Brian Holm; Daniel Kaplan; Aaron Sadock; Ali Byler; Bonnie McKnight; John O'Brien; Carrie Goldberg; Cara Van Dorn
**Subject:** Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)

Mr. Chapin,

My office has not issued any such subpoenas. Kindly provide a substantive response to my email.

Sincerely,


**George Rikos**
**Law Office of George Rikos**
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (858) 876-5201
Facsimile:(858) 724-1453
Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.


On Tue, Feb 5, 2019 at 2:22 PM Ed Chapin <Echapin2@sanfordheisler.com> wrote:
> I presume you agreed to abide by this request as well, Jorge. You folks have subpoenaed records from the Utah
> medical facility subsequent to the transfer to bankruptcy court.


Ed Chapin
*CA Managing Partner, bio*
655 West Broadway, Suite 1700, San Diego, CA 92101
**DIRECT:** 619-577-4251 | **MAIN:** 619-577-4253

 New York
Washington, DC
San Francisco
San Diego
Nashville
Baltimore

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** George Rikos <george@georgerikoslaw.com>
**Sent:** Tuesday, February 5, 2019 2:11 PM

Exhibit 6
Page 2 of 3

2/8/2019  Law Offices of George Rikos Mail - Re: Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)

Case 3:19-cv-00160-WQH-BLM  Document 14-2  Filed 02/08/19  PageID.308  Page 34 of 39

**To:** Ed Chapin; Brian Holm; Daniel Kaplan; Aaron Sadock; Ali Byler; Bonnie McKnight; John O'Brien; Carrie Goldberg; Cara Van Dorn
**Subject:** Jane Doe v. Girls, et. al. (3:19-cv-00160-WQH-BLM)

Dear Plaintiffs' Counsel:

I have received notification from my client that the following two subpoenaed third parties (Go Daddy and Domains by Proxy) have not been informed of the state court stay, bankruptcy stay, and removal to Federal Court where discovery is not yet open.

In addition, the third party subpoenas were never served on the parties in this action and appear to have been issued in the state court which currently has no jurisdiction.
See *Spanair S.A. v. McDonnell Douglas Corp*. (2009) 172 Cal. App. 4th 348.

Please immediately confirm that your offices will notify any and all third party subpoenas which are pending to no produce any documents as the state court currently has no jurisdiction and moreover, issued a stay.   If I do not receive confirmation today that you have notified the third parties, we will seek sanctions.


Sincerely,


**George Rikos**
**Law Office of George Rikos**
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (858) 876-5201
Facsimile:(858) 724-1453
Email: george@georgerikoslaw.com

NOTICE: This e-mail and any attachments contain information from Law Offices of George Rikos, and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than and intended recipient is strictly prohibited.  If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

Exhibit 6
Page 3 of 3

**EXHIBIT 7**



**2015 NLJ Billing Survey**

**Source: National Law Journal**
**Category: National Law Journal**

ALM Legal Intelligence, in association with The National Law Journal, collected 2015 hourly billing rates for partners, associates, of counsel and paralegals. The data sources include the published rates from the 20 largest federal bankruptcy jurisdictions and a survey of the nation's 350 largest firms conducted during October and November of 2015.  Individual firm rates are not identified.

Exhibit 7
Page 1 of 4

**Hourly Billing Rates for 2015**

|  | Partner | | | Associate | | |
|---|---|---|---|---|---|---|
|  | **High** | **Low** | **Median** | **High** | **Low** | **Median** |
| **Overall Hourly Rates** | $1,295 | $90 | $395 | $950 | $50 | $350 |

**Rates by Firm Size**

|  | High | Low | Median | High | Low | Median |
|---|---|---|---|---|---|---|
| 1 - 25 lawyers | $1,080 | $90 | $350 | $950 | $90 | $300 |
| 26 - 150 lawyers | $1,050 | $190 | $460 | $900 | $100 | $300 |
| 151 or more lawyers | $1,295 | $100 | $595 | $975 | $125 | $325 |

**Rates by State**

|  | High | Low | Median | High | Low | Median |
|---|---|---|---|---|---|---|
| AL | $725 | $200 | $375 | $375 | $175 | $300 |
| AZ | $750 | $125 | $375 | $750 | $175 | $250 |
| CA | $1,080 | $200 | $495 | $950 | $300 | $350 |
| CO | $893 | $350 | $443 | $642 | $150 | $325 |
| CT | $1,200 | $295 | $350 | $625 | $175 | $350 |
| DC | $1,095 | $975 | $1,035 | $655 | $350 | $375 |
| DE | $1,050 | $295 | $650 | $850 | $260 | $388 |
| FL | $625 | $175 | $375 | $525 | $100 | $300 |
| GA | $500 | $250 | $358 | $450 | $110 | $275 |
| IL | $985 | $200 | $420 | $710 | $150 | $300 |
| IN | $400 | $250 | $305 | $400 | $200 | $275 |
| KY | $340 | $200 | $290 | $350 | $200 | $275 |
| LA | $575 | $150 | $333 | $500 | $100 | $250 |
| MA | $650 | $300 | $475 | $500 | $260 | $350 |
| MD | $560 | $250 | $363 | $580 | $150 | $325 |
| MI | $375 | $190 | $265 | $400 | $125 | $275 |
| NC | $675 | $250 | $425 | $435 | $150 | $275 |

Exhibit 7
Page 2 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| NJ | $880 | $250 | $400 | $400 | $150 | $298 |
| NM | n/a | n/a | n/a | $350 | $175 | $200 |
| NV | $450 | $295 | $375 | $500 | $200 | $325 |
| NY | $1,295 | $100 | $420 | $975 | $90 | $350 |
| OH | $545 | $250 | $313 | $330 | $155 | $250 |
| OR | $485 | $315 | $370 | $325 | $230 | $300 |
| PA | $875 | $200 | $350 | $565 | $86 | $257 |
| PR* | $300 | $100 | $200 | $350 | $100 | $200 |
| TN | $735 | $225 | $300 | $350 | $150 | $250 |
| TX | $925 | $90 | $395 | $650 | $150 | $298 |
| VA | $545 | $220 | $335 | $495 | $175 | $295 |
| WA | $965 | $275 | $460 | $375 | $150 | $350 |
| WI | $595 | $560 | $578 | n/a | n/a | n/a |

| | Of Counsel | | | Paralegal | | |
|---|---|---|---|---|---|---|
| | **High** | **Low** | **Median** | **High** | **Low** | **Median** |
| **Overall Hourly Rates** | $1,120 | $125 | $350 | $325 | $25 | $125 |

**Rates by Firm Size**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 - 25 lawyers | $645 | $125 | $350 | $325 | $25 | $115 |
| 26 - 150 lawyers | $620 | $225 | $393 | $305 | $75 | $173 |
| 151 or more lawyers | $1,120 | $270 | $610 | $325 | $35 | $220 |

**Rates by State**

| | | | | | | |
|---|---|---|---|---|---|---|
| AL | $495 | $290 | $393 | n/a | n/a | n/a |
| AZ | $750 | $250 | $300 | $250 | $75 | $125 |
| CA | $595 | $175 | $450 | $325 | $25 | $150 |
| CO | $400 | $325 | $363 | $285 | $75 | $158 |
| CT | $550 | $325 | $438 | $290 | $75 | $100 |
| DC | $775 | $275 | $750 | n/a | n/a | n/a |

Exhibit 7
Page 3 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| DE | $525 | $260 | $275 | $305 | $125 | $235 |
| FL | n/a | n/a | n/a | $255 | $65 | $123 |
| GA | $250 | $240 | $245 | $160 | $50 | $120 |
| IL | $1,120 | $395 | $430 | $215 | $75 | $120 |
| IN | $300 | $225 | $295 | $220 | $90 | $100 |
| KY | n/a | n/a | n/a | $150 | $75 | $105 |
| LA | $425 | $200 | $350 | $285 | $45 | $83 |
| MA | n/a | n/a | n/a | n/a | n/a | n/a |
| MD | $350 | $250 | $275 | $280 | $75 | $125 |
| MI | n/a | n/a | n/a | $125 | $75 | $103 |
| NC | n/a | n/a | n/a | $180 | $75 | $110 |
| NJ | $565 | $225 | $325 | $195 | $65 | $120 |
| NM | n/a | n/a | n/a | n/a | n/a | n/a |
| NV | n/a | n/a | n/a | $240 | $75 | $152 |
| NY | $930 | $250 | $573 | $325 | $60 | $130 |
| OH | n/a | n/a | n/a | $135 | $85 | $100 |
| OR | $450 | $310 | $380 | $220 | $145 | $185 |
| PA | $440 | $300 | $325 | $325 | $75 | $105 |
| PR* | $250 | $125 | $188 | $150 | $45 | $75 |
| TN | $300 | $270 | $300 | $150 | $50 | $90 |
| TX | $740 | $225 | $320 | $290 | $35 | $100 |
| VA | $400 | $300 | $350 | $325 | $75 | $95 |
| WA | n/a | n/a | n/a | $215 | $125 | $143 |
| WI | n/a | n/a | n/a | n/a | n/a | n/a |

n/a: data not available
*Puerto Rico is a U.S. Territory

Exhibit 7
Page 4 of 4