FILED

FEB 15 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     MMS         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Michael J. Pratt, debtor, United States Bankruptcy Court, Southern District of California Case No. 19-00271-LT13<br><br>Jane Doe Nos 1-14, inclusive, individuals,<br>　　　　　　　　　　Plaintiff,<br>v.<br>girlsdoporn.com, a business organization, form unknown; Michael J. Pratt, an individual; Andre Garcia, an individual; Matthew Wolfe, an individual; BLL Media, Inc., a California corporation; BLL Media Holdings, LLC, a Nevada limited liability company; Domi Publications, LLC, a Nevada limited liability company; EG Publications, Inc., a California corporation; M1M Media, LLC, a California limited liability company; Bubblegum | Case No.: 19cv160-WQH-BLM<br><br>**ORDER** |

| | |
|---|---|
| 1 | Films, Inc., a buisness organization, form unknown; Oh Well Media Limited, a business organization, form unknown; Merro Media, Inc., a California corporation; Merro Media Holdings, LLC, a Nevada limited liability company; ROES 1-550 inclusive, |
| | Defendants. |

HAYES, Judge:

On January 24, 2019, Defendant Michael J. Pratt initiated this action by filing the Notice of Removal. (ECF No. 1). The Notice of Removal states:

> Michael J. Pratt . . . ("Debtor") filed a Voluntary Petition under Chapter 13 of Title 11, of the United States Code in the United States Bankruptcy Court, Southern District of California on January 23, 2019, as Case No. 19-00271-LT13.
> On or about June 2, 2016, an action was commenced against Debtor in the Superior Court of the State of California, County of San Diego, as Lead Case No. 37-2016-00019027-CU-FR-CTL, Consolidated with Case No. 37-2017-00043712-CU-FR-CTL and Case No. 37-2017-00033321-CU-FR-CTL, and entitled JANE DOE NOS. 1-14, Plaintiffs, v. GIRLSDOPORN.COM; and MICHAEL J. PRATT, et al., Defendants . . . .
> The action described . . . is a civil action of which this Court has jurisdiction under the provisions of 20 U.S.C. § 1334(b). . . .
> The action . . . may be removed to this Court pursuant to 28 U.S.C. § 1452.

*Id.* at 2.

"A party may remove any claim or cause of action in a civil action . . . to the district court for the district where such civil action *is pending*, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title." 28 U.S.C. § 1452 (emphasis added). "[T]he district courts shall have original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11." 28 U.S.C. § 1334. "Each district court may provide that any or all cases under title

1   11 and any or all proceedings arising under title 11 or arising in or related to a case under
2   title 11 shall be referred to the bankruptcy judges for the district." 28 U.S.C. § 157.
3       IT IS HEREBY ORDERED that this case is referred to the United States Bankruptcy
4   Court, Southern District of California.

6   DATED: 2/14/19

                                      WILLIAM Q. HAYES
                                      United States District Judge